**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

_____

| | |
|---|---|
| McInnis, Andrew | ) |
| Abdelmessih, Joseph | ) |
| Abdurrahim, Nuruddin | ) |
| Abel, David | ) |
| Abrams, Donald | ) |
| Accomando, Gregory | ) |
| Acevedo, Issac | ) |
| Acosta, Junio | ) |
| Adams, Donna | ) |
| Addeo, Michael | ) |
| Addison, Christian | ) |
| Adme, Nicot | ) |
| Adorno, John | ) |
| Afanasewicz, Peter | ) |
| Ahmad, Mahmood | ) |
| Ahmed, Nora | ) |
| Ahmed, Aiman | ) |
| Ahmed, Muhammad | ) |
| Ahn, Jeffrey | ) |
| Aidiniou, Vassilios | ) |
| Aiello, Dorothy | ) |
| Aitola, Christopher | ) |
| Ajello, Jonathan | ) |
| Alba, Marisol | ) |
| Albert, Esdras | ) |
| Alexander, James | ) |
| Alexander, Robert | ) |
| Alexandre, Michelle | ) |
| Alfano, Anthony | ) |
| Alfieri, Matthew | ) |
| Ali, Afzal | ) |
| Alicea, Hector | ) |
| Allen, Patrick | ) |
| Allen, Patrick | ) |
| Alleva, Michael | ) |
| Allocca, Michael | ) |
| Alongi, Emanuele | ) |
| Alps, Thomas | ) |
| Alrubayai, Samir | ) |
| Alston, Davon | ) |
| Alu, Stephen | ) |

Alvarado, Richard )
Alvarado, Antero )
Alvarez, Alexander )
Alvarez, Carlos )
Alves, Davide )
Ambrose, Christopher )
Anatsui, Edwige )
Ancion, Jean Paul )
Anderson, Darrell )
Anderson, Marcella )
Anderson, Kirk )
Andre, Emmanuel )
Andrea Jr., Victor )
Andreacchi, Christopher )
Andreano, Anthony )
Andreano, Michael )
Andryuk, John )
Anselmo, Suzanne )
Anthony, Wanda )
Anticev, Domagoj )
Antiuk, Stephen )
Antonios-Boctor, Gasser )
Apostolou, James )
Aquino, Erik )
Araciba, Jorge )
Arcuri, Helene )
Ardito, Ann )
Argyros, Ioannis )
Armistead, Anthony )
Armstrong, James )
Arndt, Keith )
Arundell, Paul )
Asghar, Salinan )
Ashby, Adrian )
Assante, Salvatore )
Astras, George )
Atherley, Lana )
Attardo, Paul )
Au, Benny )
Austin, Trevor )
Aviles, Raymond )
Aviles, Jasmin )
Aylward, John )
Babington, Edward )
Babington, Edward )
Bacchi, Jerome )

Badagliacea, Michael )
Badillo, Abraham )
Badillo, Jr., Angel )
Baez, Guillermo )
Baez, Herminio )
Baez, Tina )
Baez, Jose )
Bagarozza, Anthony )
Bakioglu, Metin )
Baldino, John )
Bang, Chung )
Banks, Torre )
Bannon, John )
Bannon, Christopher )
Barbarelli, Louis )
Barbieri, William )
Barcia, Luis )
Barkovich, Robert )
Barnett, Robert )
Barnwell, Michael )
Barnwell, Sharon )
Barreto, Derek )
Barrios, Paul )
Barrios, Paul )
Bartley, Brian )
Bartolotta, Joseph )
Bast, James )
Bastedenbeck, John )
Batista, Fior )
Batista, Tiffany )
Batista, Michael )
Bautista, Natalie )
Beal, Arthur )
Beamer, Bradley )
Beattie, Timothy )
Beatty, James )
Beatty, Walter )
Becht, Timothy )
Beckford, Frederick )
Begg, John )
Behrman, Robert )
Bellingeri, Benjamin )
Bello, Joseph )
Bello, Charles )
Belmonte, Stefano )
Belogorodsky, Michael )

Bennett, Jason                              )
Bennett, Tanya                              )
Bennett, Steven                             )
Benowitz, Cory                              )
Benson, Benjamin                            )
Bentivegna, Anthony                         )
Beraud, KellyJean                           )
Beresford, Justin                           )
Berg, Michael                               )
Bergamo, Michael                            )
Bergenbaum, Michael                         )
Berisha, Burim                              )
Berkowitz, Jason                            )
Bermingham, Philip                          )
Bernal, Paul                                )
Bernstein, Erik                             )
Berrios, Eric                               )
Berrios, Daniel                             )
Berry, Stephanie                            )
Bersch, Brandon                             )
Berson, Jeremy                              )
Bertuccio, Louis                            )
Beslity, Kevin                              )
Besmer, James                               )
Bettex, Lawrence                            )
Bhatti, Aliya                               )
Bidol, Oliver                               )
Biegler, Douglas                            )
Biegler, Douglas                            )
Bien-Aime, Clark                            )
Bier, Craig                                 )
Billows, Justin                             )
Biscarri, John                              )
Bishop, Natalie                             )
Bishop, Natalie                             )
Bishop, Chancellor                          )
Bizgu, Alexandru                            )
Black, Hugh                                 )
Black, Thomas                               )
Black, Jamerson                             )
Blake, Gordon                               )
Blake, Ritchard                             )
Blake, Kevin                                )
Blowe, Yancy                                )
Bobin, Jonathan                             )
Bock, Michael                               )

Bogacki, James )
Bohannon, Brian )
Bolte, Ronald )
Bomparola, Matthew )
Bonet, Bernard )
Bonilla, Herbert )
Bono, Alessio )
Booncome, Urit )
Booncome, Urit )
Boorman, Matthew )
Bopp, Michael )
Borg, Michael )
Borruso, John )
Botta, Michael )
Botta, Kristen )
Bourbeau, Matthew )
Bowden, Christopher )
Bowe, Edward )
Brabham, Christopher )
Braccia, Michael )
Bradbury, Dennis )
Brady, Robert )
Braine, Kelly )
Brand, Keith )
Brantley, April )
Brenes, Scott )
Brennan, Thomas )
Brenner, Randy )
Briceno, Jose )
Briggs, Willie )
Brill, John )
Brill, Nathalie )
Brinkley, Stefanie )
Briones, James )
Briscoe, Paul )
Broda, Steven )
Brooks, Bryan )
Brooks, Damon )
Brown, Beverly )
Brown, Carlene )
Brown, Tony )
Brown, Angela )
Brown, Timothy )
Brown Kennerly, Frantz )
Browne, Thomas )
Browne, Thomas )

Bruce, Donald )
Bruton, Kyle )
Bryant, Jr., Arthur )
Bullara, Joseph )
Bullett, David )
Bumpars, Pamela )
Bunting, Brandon )
Burgio, Anthony )
Burke, Brian )
Burke, Charles )
Burke, Joseph )
Burke, Eugene )
Burke, Nicole )
Burke, Kenneth )
Burke, Christine )
Burns, Kevin )
Burns, Frank )
Burrello, Michael )
Burton, Scott )
Burzumato, Scott )
Busby, Kelly )
Buscemi, Frank )
Buthorn, John )
Butler, Joseph )
Butler, Valerie )
Butler, Glenn )
Butler Jr., Walter )
Byrne, Robert )
Caban, John )
Cabello, Albert )
Cabrera, Luis )
Cacaj, Walter )
Cadogan, Jamil )
Caesar, Kenneth )
Cafaro, Amber )
Cafasso, Stephen )
Caffrey, Gerard )
Cai, Timothy )
Cain, Kevin )
Calabras, Tara )
Calderon, Angel )
Caleb, Senta )
Califano, Michael )
Callaghan, Evelyn )
Callahan, Scott )
Callender, Dale )

Calma Jr., Anthony                                    )
Cammarota, Yvette                                     )
Campisi, Charles                                      )
Canales, Wilmer                                       )
Canavan, Christopher                                  )
Candia, Pedro                                         )
Candia, Pedro                                         )
Canepa, Nicholas                                      )
Cano, David                                           )
Cao, Viet                                             )
Caparco, Michael                                      )
Capitali, Peter                                       )
Capitali, Peter                                       )
Capozzi, John                                         )
Cappello, Michael                                     )
Capper, James                                         )
Caraballo, Steven                                     )
Caraballo, Eliezer                                    )
Caraballo, Jorge                                      )
Carela, Junior                                        )
Carini, James                                         )
Carnegie, Penny                                       )
Caro, Steven                                          )
Carpentieri, Jason                                    )
Carrero, James                                        )
Carson, Lawrence                                      )
Carty, Kerry                                          )
Carvajal, Jorge                                       )
Casazza, Ronald                                       )
Casey, Thomas                                         )
Casey, Kenneth                                        )
Casiano, Erik                                         )
Casiano, Anthony                                      )
Cassano, James                                        )
Castaldo, Joseph                                      )
Castellana, Anthony                                   )
Castiglione, Gerard                                   )
Castillo, Aneudy                                      )
Castillo, Juanita                                     )
Castro, Dania                                         )
Castro, Ernesto                                       )
Catabiano, Brian                                      )
Catalano, Michael                                     )
Cea, Brian                                            )
Cecchetti, Daniel                                     )
Cecchetti, Maurice                                    )

Celestin, Claude                          )
Celiba, Gaby                              )
Centeno, James                            )
Cepin, Luis                               )
Cerrato, Joseph                           )
Cerrito, Donald                           )
Chae, Hyon                                )
Chan, Dennis                              )
Chan, Christopher                         )
Chan, Christopher                         )
Chan, Kevin                               )
Chan, Stephen                             )
Chan, Daniel                              )
Chance, Andrew                            )
Chandu, Mahaan                            )
Chang, KengMing                           )
Chang, Danny                              )
Chantel, Xochilt                          )
Charles, Ralph                            )
Charles, Lesly                            )
Charles, Genser                           )
Chen, Fung                                )
Chen, Tao                                 )
Chen, Fung                                )
Chen, Joe                                 )
Cheng, Ronald                             )
Chervil, Jeffrey                          )
Chervoni, Lynda                           )
Cheung, Hoi Ping                          )
Chien, William                            )
Childs, Andrew                            )
Chin, Gregory                             )
Chiodi, Frank                             )
Chiriboga, Richard                        )
Chisolm, Maurice                          )
Choi, Han                                 )
Chramega, Katarzyna                       )
Christos, James                           )
Chung, Wai Kwang                          )
Chung, Edward                             )
Chuyko, Yuriy                             )
Ciaravino, Elizabeth                      )
Cicerello, Frank                          )
Cirigliano, Nancy                         )
Cirillo, Jeanine                          )
Clark, Marvin                             )

Clark, Robert )
Clark, William )
Clark, Veronica )
Clark, Melissa )
Clark, Thomas )
Clark, Frank )
Clavin, Howard )
Clements, Brian )
Clemenza, Robert )
Clifford, Gregory )
Clisti, John )
Coan, Richard )
Codd, George )
Colavito, Nicholas )
Collazo, Yvette )
Collins, Sean )
Collins, Daniel )
Colon, Robert )
Colon, Omar )
Colon, Steven )
Conca, Ignazio )
Concepcion, Felix )
Conlon, Timothy )
Connizzo, Michael )
Connolly, Daniel )
Connolly, Brendan )
Connolly, Walter )
Connors, Michael )
Contreras, Raymond )
Conway, Thomas )
Conway, William )
Conwell, James )
Cooper, Francis )
Coppola, Anthony )
Corbett, Robert )
Corcoran, Sean )
Cordano, David )
Cordano, David )
Cornejo, Kema )
Corredor-Torres, Gonzalo )
Cortes, Jason )
Cortright, Paul )
Costanzo, John )
Costello, Janelle )
Costello, John )
Cotto, Edgar )

Cowan, Kathleen                        )
Coyle, Gerald                          )
Coyne, Robert                          )
Craven, William                        )
Crawford, Tiffany                      )
Crisan, Daniel                         )
Crodiner, Neilie                       )
Croke, Brian                           )
Cronin, Michael                        )
Crouch, Alexander                      )
Cruz, Tara                             )
Cruz, Michael                          )
Cruz, Elizabeth                        )
Cruz, Janette                          )
Cruz, Edward                           )
Cruz, Michael                          )
Cruz Jr., Ernesto                      )
Crystal, Curtis                        )
Cucci, Jack                            )
Cuce, David                            )
Cueto, Miguel                          )
Cuevas, Eric                           )
Cummings, David                        )
Cummings, Leiann                       )
Cummings, Cortney                      )
Cunningham, Thomas                     )
Cunningham, Kensington                 )
Curran, Patrick                        )
Curran Sr., Terence                    )
Curry, Michael                         )
Cussen, David                          )
Cutter, Daniel                         )
Cuz, Benjamin                          )
Dailey, Corey                          )
Daily, William                         )
D'Alessandro, Scott                    )
Daly, Thomas                           )
Daly, Thomas                           )
D'Ambrogio, Michael                    )
Dambrosio, Vincent                     )
D'Amico, Dina                          )
Danclar, Anthony                       )
D'Angelico, Lawrence                   )
D'Angelo, Thomas                       )
Daniel-Bay, Dawud                      )
Daniels, Oswald                        )

Dankel, Raymond )
Dannecker, Michael )
Danny, Diaz )
Darabart, Ronald )
Darabent, Ronald )
Darcey, Kevin )
Darougar, Kevin )
Davila, Julio )
Davis, Rosemary )
Davis, Charles )
Davis, Martin )
Davis, Marcus )
Davis, Jack )
Davis, Danielle )
Davis, Shemille )
Davis, Silvia )
Davis, Shemille )
Davydov, Alex )
Dawe, Tara )
Dawson, Kathleen )
De Hoyos, Josue )
De La Cruz, Henry )
De La Cruz, Jose )
Dean, Nicole )
DeAngelis, Stephen )
Debellis, Regina )
Debold, Christopher )
DeCaro, Gerardo )
Decker, David )
Deen, Mohamed )
Deevy, Timothy )
Defabrizio, Frank )
DeGiacomo, Edward )
Deighan, Edward )
DeJesus, Raymond )
DeJesus Jr., Jose )
Del Monico, Dean )
Del Toro, Karyn )
Delaney, Colin )
Delgado, Aivgel )
Dellaume, Joseph )
DelPozzo, John )
Deluna, Jose Luis )
DelValle, Marisol )
Demertzidis, Despoina )
Demick, Allison )

**Demorin, Frantz** )
**Dempsey, Brian** )
**Dempsey, John** )
**Denis, Brian** )
**Denton, David** )
**Depalma, David** )
**Depestre, Alessandra** )
**Depietro, Archie** )
**Depinto, Conrad** )
**Dequesedo, Cynthia** )
**DeSimons, Steve** )
**Devine, Peter** )
**Devino, Marie** )
**DeVirgilo, Louis** )
**Devlin, John** )
**Diamond, David** )
**Diaz, Johnny** )
**Diaz, Damaris** )
**Diaz, Gabriel** )
**Diaz, Juan** )
**Diaz, Cynthia** )
**Diaz, Rosita** )
**Diaz, Jose** )
**Diaz, Tiersa** )
**DiBitonto, Dean** )
**Dicken, Avichaim** )
**Diih, Sorle** )
**Dilapi, Salvatore** )
**Dillon, Timothy** )
**DiNicola, Alain** )
**DiPaolo, Donato** )
**DiPilato, Mark** )
**DiPippo, Ronald** )
**Dirlik, Ebru** )
**Ditomaso, William** )
**Dixon, Christopher** )
**Dixson, Robert** )
**Doiley, Letty** )
**Dolan, Brendan** )
**Dombrouschi, Eduard** )
**Dominguez, Freddy** )
**Dominguez, Hugo** )
**Dong, Lauren** )
**Dongiglio, Jimmy** )
**Donnelly, Kevin** )
**Donnelly, Patrick** )

Donohue, John )
Donovan, Matthew )
Doody, Daniel )
Doseau, Joel )
Downes, Sean )
Downey, John )
Downing, Eileen )
Drew, Timothy )
Dreyer, Stephen )
Drummond, Francis )
Dubeau, Alex )
Dubrosky, Paul )
Duffy, David )
Duncan, Garfield )
Dunleavy, Sean )
Dunleavy, Timothy )
Dunn, Michael )
Duque, Ruben )
Duque, Ruben )
Duran, Juan )
Durney, Corey )
Duta, Florin )
Ealey-Spam, Monica )
Earhart, David )
Eckert, Christopher )
Edelman, Craig )
Edness, Rasheda )
Edwards, Aaron )
Edwards, John )
Edwards, Dustin )
Egan, Kerri )
Eill, Jeremy )
Eisner, William )
Elie-Pierre, Raymond )
Ellis, Lawrence )
Elor, Anthony )
Encarnacion, Zoilo )
Eng, Brian )
Engel, Gregory )
Ennis, Joseph )
Eralte-Merejo, Jennifer )
Erbetta, Guiseppe )
Escobar, Carlos )
Espey, John )
Esposito, William )
Esposito, Steven )

Faello, Joseph )
Failla, Frank )
Faini, Edward )
Faison, Khadija )
Fallon, John )
Fallona, Michael )
Famighetti, Anthony )
Fares, Kassem )
Farrell, Raymond )
Farrell, Brian )
Farrell, Stephen )
Farrell, Brian )
Farrell, Christopher )
Farren, Justin )
Farrone, Michael )
Fastaia, Joseph )
Fazio, Damon )
Federico, Joseph )
Felder, Gloria )
Felipe, Carlos )
Felipe, Jahmel )
Feliz, Luisa )
Feliz, Katiuska )
Fenton, Nigel )
Feola, Melissa )
Fermin, Hugo )
Fernandez, Ysidro )
Fernandez, Jovanny )
Fernandez, Kenneth )
Ferrara, John )
Ferriso, John )
Ferruzola, David )
Fezza, Elena )
Ficano, Matthew )
Fields, Michael )
Figliozzi, Joseph )
Figueroa, Annette )
Figueroa, Miguel )
Figueroa, Angel )
Finch, Anthony )
Finn, Roderic )
Fiore, Nicholas )
Fisher, Robert )
Fisher, Michael )
Fisher, Frederick )
Fitzgerald, Patrick )

Fitzpatrick, Patrick )
Fleming, Ermyne )
Fleming, William )
Flood, Gerard )
Flood, Timera )
Flores, Steve )
Flynn, Robert )
Flynn, John )
Foley, Brian )
Fong, Jun )
Foster, Lauren )
Fountoulakis, George )
Fourcell, Samantha )
Fox, Brian )
Fox, Michael )
Fox, James )
Fox, Quentin )
Franco, Isaac )
Frangipane, Richard )
Fraser, Thomas )
Fraser, Gordon )
Fredericks, Waverly )
Fredrickson, Brian )
Freer, Joseph )
Frettoloso, Christopher )
Freytes, Jesus )
Frias, Jose )
Friedman, Seth )
Fristensky, George )
Frost, Robert )
Frullani, Pierpaolo )
Fuentes, Hector )
Fulmore, Jerry )
Fusaro, Anthony )
Fusco, Jeffrey )
Gadalkina, Marina )
Gaglia, Joseph )
Gagliardi, Thomas )
Gallagher, Peggy )
Gallagher, William )
Galletta, Michael )
Gallichio, Alfred )
Gallina, Marcelo )
Gallitelli, Robert )
Galo, Arthur )
Galvin, James )

Gambardella, Steven                              )
Gambardella, Thomas                              )
Gamble-James, Cathy                              )
Gammel, William                                  )
Ganci, Giuseppe                                  )
Gannon, Donald                                   )
Gao, Xue                                         )
Garay, Maritia                                   )
Garbutt, Jeffrey                                 )
Garcia, Kenny                                    )
Garcia, German                                   )
Garcia, Michael                                  )
Garcia, Kim                                      )
Garcia, Jay                                      )
Garcia, Josue                                    )
Garcia, Victor                                   )
Garcia, Jerry                                    )
Garcia, Priscilla                                )
Gardell, Stephen                                 )
Garner, Leontyne                                 )
Garra, Charles                                   )
Garrity, Thomas                                  )
Gattis, William                                  )
Gatto, Anthony                                    )
Gatto, Anthony                                    )
Gaudio, Michael                                  )
Gaughan, Michael                                 )
Gautreaux, Jose                                  )
Gay, Deborah                                     )
Gaynor, Lorraine                                 )
Gazzola, John                                    )
Geller, Keith                                    )
Gentile, Angelo                                  )
Gentile, Diana                                   )
Geoghan, Francine                                )
Geoghegan, Kevin                                 )
George, Karl                                     )
Geraldino, Clara                                 )
Gerrity, James                                   )
Giaconia, Michael                                )
Giangrandi, John                                 )
Giangregorio, Sebastiano                         )
Giarrantano, Dominick                            )
Giddens, Ayanna                                  )
Gierloff, Kevin                                  )
Gigliotti, Natale                                )

Gildea, Kevin                          )
Gilliard, Nyell                        )
Gilmartin, Michael                     )
Gilot, Rochener                        )
Gimenez, Martin                        )
Giorgi, Dean                           )
Gitto, Robert                          )
Glenn, Lanier                          )
Glynn, William                         )
Goitia, Jason                          )
Goldberg, Danielle                     )
Golden, Patrick                        )
Goldmeyer, Michael                     )
Goldsborough, Brian                    )
Goldstein, David                       )
Golubeva, Zoya                         )
Gomes, David                           )
Gomez, David                           )
Gomez, Ivan                            )
Gomez, Welinton                        )
Gomez, Raymond                         )
Gomez-Smith, Wendie                    )
Gong, Gregory                          )
Gong, Daniel                           )
Gonzalez, Marco                        )
Gonzalez, Paulina                      )
Gonzalez, Rose                         )
Gonzalez, Rosa                         )
Gonzalez, Carlos                       )
Gonzalez, Charisse                     )
Goodchild, Michael                     )
Goode, Timothy                         )
Gopaul, Sanjeev                        )
Gorman, Keith                          )
Gosling, Kristine                      )
Goss, Brian                            )
Gottlieb, Benjamin                     )
Graddick, Francis                      )
Graham, Brenda                         )
Graham, Shannon                        )
Grahofke, William                      )
Granahan, Michael                      )
Grant, Timothy                         )
Grasso, Johnny                         )
Grau, Robert                           )
Graves, Gregory                        )

Gravino, Nicholas )
Grayson, Kevin )
Greany, Vincent )
Green, Christopher )
Green, Cedric )
Green, Christopher )
Greene, George )
Greene, Stephen )
Griffin, Matthew )
Griffin, Ronald )
Griffith, Rohan )
Grillo, James )
Grimmett, Adam )
Grodin, John )
Grosin, Jeff )
Grycel, Dariusz )
Guach, Jason )
Guarneri, Michael )
Guerrero, Jose )
Guerrero Schwarz, Yesenia )
Guidice, Suzanne )
Guido, Joanne )
Guido, Peter )
Guiliani, Annette )
Gulinello, Christopher )
Gulinello, Margarette )
Gulinello, Brian )
Gulotta, Anthony )
Guthoff, Julie )
Gutierrez, Edwin )
Gutierrez, Edison )
Guzzo, John )
Habermehl, Ryan )
Haddican, Adrienne )
Hagan, Timothy )
Haines, Donald )
Hall, John )
Hamilton, William )
Han, Eileen )
Hanna, Jason )
Hannon, Mark )
Hanratty, Robert )
Hansen, James )
Haque, Shamsul )
Haren, Charles )
Harper, Gregory )

Harrington, Christopher )
Harrison, Matthew )
Harrison, Ayanna )
Harry, Robin )
Hart, Harvin )
Hartley, Stephen )
Hatzoglou, Peter )
Haug, Scott )
Hawkins, Raymond )
Hayden, Victoria )
Hayes, Judy )
Hayes, Kevin )
Haynes, Robert )
Healey, Richard )
Healy, Gabriel )
Heapes, Brendan )
Heavey, Kevin )
Hecht, Steven )
Heend, Doreen )
Heeren, Eric )
Hegarty, James )
Hegney, Richard )
Hellmer, George )
Helmer, Tyrone )
Henderson, Vane )
Henderson, Tisshawne )
Hennessy, Patrick )
Hepworth, James )
Herbert, Daniel )
Hergenhan, Thomas )
Hernandez, Luis )
Hernandez, George )
Hernandez, Antonio )
Hernandez, Rafael )
Hernandez, Luis )
Hernandez, Steven )
Hernandez, Rafael )
Hernandez, Maria )
Herrera, Daniel )
Herrera, Samuel )
Herrera, Selina )
Herrera, Edward )
Hetman, Christopher )
Heymann, Gary )
Hickman, Kishon )
Hicks, Ricky )

Hicks, Yasmin                           )
Hicks, Ralph                            )
Hidalgo, Josenny                        )
Higgins, Christopher                    )
Hill, Scott                             )
Hilliard, Kimberly                      )
Hinds, Dion                             )
Hines, Steven                           )
Hines, Robin                            )
Hinteman, Timothy                       )
Hipple, James                           )
Hirtzel, Christine                      )
Ho, Mingfang                            )
Hochstein, Jonathan                     )
Hoey, Michael                           )
Hogan, William                          )
Hogg, Robert                            )
Holguin, Leonardo                       )
Holmes, Estella                         )
Holmes, Ian                             )
Holmes, Lisa                            )
Holochuck, Candie                       )
Holzman, Ian                            )
Hom, James                              )
Hong, Steven                            )
Hopkins, Clarence                       )
Horai, Robert                           )
Horlick, Peter                          )
Hospedales, Jared                       )
Houlahan, Daniel                        )
Housen, Primrose                        )
Houvener, Donald                        )
Howard, Tasha                           )
Howard, Michael                         )
Howie, Judd                             )
Hsieh, Peter                            )
Huang, George                           )
Hudon, Devon                            )
Hughes, Ryan                            )
Hughes, William                         )
Hughes, Erin                            )
Hum, Keith                              )
Humburg, Mary                           )
Hunt, Theresa                           )
Hurrey, Ayanna                          )
Hurtle, Richard                         )

Hurwitt, Michael                                    )
Hussameldin, Haitham                                )
Hussey, Daniel                                      )
Hutchings, Shawn                                    )
Huttunen, Jorma                                     )
Hwang, Alexander                                    )
Hwang, Suk                                          )
Iannone, Anthony                                    )
Igoe, Patrick                                       )
Imperatrice, Joseph                                 )
Indiviglio, Chester                                 )
Ingigneri, Gregory                                  )
Inirio, Denny                                       )
Insalaco, Frank                                     )
Insigne, Armando                                    )
Ioveno, Jerry                                       )
Iqbal, Asif                                         )
Irwin, James                                        )
Isaac, Vallison                                     )
Islam, Fakrul                                       )
Isom, Genevieve                                     )
Ivolella, James                                     )
Jacelon, Gary                                       )
Jackson, James                                      )
Jackson, Tahira                                     )
Jackson, Cassandra                                  )
Jackson, Michael                                    )
Jacob, Kathleen                                     )
James, Elke                                         )
James, Sesame                                       )
James, Shantel                                      )
Janusz, Kevin                                       )
Jasmin, Roger                                       )
Javaruski, Eugene                                   )
Javier, Jonathan                                    )
Jaycox, Timothy                                     )
Jellen, Peter                                       )
Jeremenko, Tadeusz                                  )
Jeremiah, Jason                                     )
Jeronimo, Pamela                                    )
Jette, Joseph                                       )
Jewth, RamKumar                                     )
Jezsek, Kristopher                                  )
Jiminian, Sigifredo                                 )
Johnson, David                                      )
Johnson, Deric                                      )

Johnson, Wayne                                      )
Johnson , Derrick                                   )
Johnson , Christopher                               )
Johnson , Richard                                   )
Johnson , William                                   )
Jones, Richard                                      )
Jones, Michael                                      )
Jones, Christopher                                  )
Jones, Dashawn                                      )
Jorge, Radhimir                                     )
Jose, Shaiju                                        )
Joshua, Gelono                                      )
Joyce, Jennifer                                     )
Jugraj, Noel                                        )
Jurgensen Jr., Kenneth                              )
Kakol, Michael                                      )
Kalicovic, Bekim                                    )
Kalin, David                                        )
Kall, Robert                                        )
Kaloudis, John                                      )
Kang, Kenneth                                       )
Karikari-awere, Kwadwo                              )
Karimzada, Mohammed                                 )
Kaszovitz, Adam                                     )
Katinas, Michael                                    )
Kautter, Doug                                       )
Kavanagh, Kevin                                     )
Keane, Denis                                        )
Kearney, James                                      )
Kearns, Timothy                                     )
Kee, Kevin                                          )
Keenan, Kevin                                       )
Kelch, Timothy                                      )
Keller, Kevin                                       )
Kelley, Alfred                                      )
Kelly, Christopher                                  )
Kelly, Michael                                      )
Kelly, James                                        )
Kelly, Robert                                       )
Kelly, Thomas                                       )
Kelsch, William                                     )
Kemp, Michelle                                      )
Kennedy, Thomas                                     )
Kennis, Christopher                                 )
Kenny, Ryan                                         )
Khalil, Haytham                                     )

Khealie, Nyya                                  )
Khosh, Filipp                                  )
Kienle, Scott                                  )
Killilea, Shane                                )
Kim, Charlie                                    )
Kim, Hwan                                      )
Kim-Borowiec, Tayler                          )
Kindred, Karl                                  )
King, Edward                                    )
King, Jonathan                                  )
King, Robert                                    )
King, Darren                                    )
Kinney, Stephen                                )
Kipp, Donald                                    )
Kipp+R[374]C, Kwame                         )
Kissel, Walter                                  )
Kitchen, Roland                                )
Klausner, Marc                                  )
Klein, Christopher                             )
Klimkoski, Kristin                             )
Klubnick, Joseph                               )
Knapp, Rickie                                   )
Knoetig, Melissa                               )
Koch, Christopher                              )
Koelbel III, Joseph                            )
Kogan, Vlad                                    )
Koller, Joseph                                  )
Kolovic, Ivan                                   )
Komorsky, Kevin                                )
Konefal, Michael                               )
Koo, Andrew                                    )
Korabel, Jonathan                              )
Kornbluth, Timothy                            )
Koutroumanos, Jimmy                         )
Kraft, Michael                                 )
Krauss, Erik                                   )
Kung, Steven                                   )
Kurt, Cihan                                    )
Kurys, Mark                                    )
Kurz, Michael                                  )
Kurz, Brian                                    )
Kwok, Simon                                   )
Lacalamita, Daniel                            )
Lachapell, Yahaira                            )
Ladyzhenskiy, Feliks                         )
Lafontant, Hans                               )

**Lagares, Cynthia**  )
**Lago, Alexander**  )
**Lai, Fanking**  )
**Lai, Jimmy**  )
**Lai, Aaron**  )
**Laird, Newell**  )
**Laliberte, Keith**  )
**Lally, Brendan**  )
**Lam, Siu**  )
**Lambright, Pamela**  )
**Lamendola, Joseph**  )
**Lamendola, Loida**  )
**Lanaro, Michael**  )
**Lane, Andrew**  )
**Lankamer, Mikolaj**  )
**Laplanche, Jean-David**  )
**Lappin, Robert**  )
**Lappner, Paul**  )
**Larkin, William**  )
**LaRosa, Jeffrey**  )
**LaRose, Thomas**  )
**Latorre, Salvatore**  )
**Lau, Eddie**  )
**Lau, Michael**  )
**Laureano, Laurismendy**  )
**Laurore, Paterson**  )
**Lavezzo, Peter**  )
**Laviano, Joseph**  )
**Lavino, Anthony**  )
**Law, Enoch**  )
**Lawrence, James**  )
**Layton, Corey**  )
**Layton, Denise**  )
**Lazarus, Noreen**  )
**Lazzara, Michael**  )
**Leavey, Patrick**  )
**LeBlanc, Louis**  )
**Lebovic, Steven**  )
**Lee, Clifford**  )
**Lee, Demetrios**  )
**Lee, Benjamin**  )
**Lee, Dwayne**  )
**Lee, Suk Jae**  )
**Lee, Edward**  )
**Lee, Glorisel**  )
**Lee, Stacey**  )

Lee, Vincent )
Lee, Daniel )
Lei, Wei )
Leighton, Finbarr )
Lenis, Edward )
Leon, Angel )
Leonard, Thomas )
Leontis, Robert )
Leto, James )
Leudesdorff, Karl )
Leung, Edward )
Levine, Arthur )
Levine, Ari )
Levitsky, Stanislav )
Levy, Erez )
Lewis, Kurt )
Lewis, John )
Lewis, Carlos )
Lewis, Lori )
Lian, Leon )
Licciardi, Charles )
Liguori, Vincent )
Lilavois, Clifford )
Liles, Jason )
Lim, Taejin )
Lino, Christopher )
Lippert, David )
Liz, Kelvin )
Locke, Gregory )
Lockel, Christopher )
Lodato, Michael )
Lonergan, Kevin )
Long, Gerard )
Longro, Joseph )
Looney, Michael )
Lopez, Vivian )
Lopez, Euclides )
Lopez, Andrew )
Lopez, Gerson )
Lopez, Freddy )
Lopez, Brian )
Lopez, Vivian )
Lopez, Luis )
Lopez, Juan )
Lopez, Adrienne )
Louissant, Gary )

Lovell, Wayne                          )
Loveras, Diogenes                      )
Loza, Fernando                         )
Lubrano, Erik                          )
Luciano, Jason                         )
Lucido, Salvatore                      )
Luis, Troy                             )
Luizzi, John                           )
Lundy, Francine                        )
Lux, Jane                              )
Lynch, Sean                            )
Lynch, Seth                            )
Lynch, Kevin                           )
Lynch, Kevin                           )
Lynn, Ruben                            )
Lyons, Patrick                         )
Maas, Ari                              )
Macchio, Nicholas                      )
Machado, Luis                          )
Macias, Keith                          )
Mack, Darryl                           )
Maddalena, Michael                     )
Maddrey, Steven                        )
Madouros, Georgia                      )
Madrid, Fabian                         )
Magee, Daniel                          )
Maggiore, Vincent                      )
Magin, Brian                           )
Magluilo, Jerome                       )
Mahepath, Anthony                      )
Mai, Tin                               )
Maibruch, Howard                       )
Maiello, Frank                         )
Maiorano, Carlo                        )
Maisonet, Albert                       )
Malcolm, Ryon                          )
Maldonado, Lesley                      )
Maldonado, Arlene                      )
Maldonado, Amado                       )
Malin, Timothy                         )
Maloney, Robert                        )
Mangome, Daniel                        )
Manigo, Denise                         )
Maniscalco, Salvatore                  )
Mannuzza, Sebastian                    )
Manzer, Alicea                         )

Manzi, Chad                              )
Manzi, Joseph                            )
Mao, Shun-Ping                           )
Marchand, Gary                           )
Marchese, Vincent                        )
Marciante, Joseph                        )
Marco, Thomas                            )
Maresca, Douglas                         )
Marines, Luis                            )
Marino Jr., Anthony                      )
Marke, Miguel                            )
Marketos, Angelos                        )
Marks, Sean                              )
Marte, Sergio                            )
Martin, John                            )
Martin, Jean                             )
Martin, Andrew                           )
Martin, Jean                             )
Martin, John W.                          )
Martinez, Frances                        )
Martinez, Samuel                         )
Martinez, Stephanie                      )
Martinez, Andres                         )
Martinez, Jonathan                       )
Marty, Robert                            )
Mastandrea, Vito                         )
Masters, Edward                          )
Masterson, Christopher                   )
Mata, Wady                               )
Mateo, Carmen                            )
Mateo-Jerez, John                        )
Matthews, Kevin                          )
Matthies, William                        )
Mauro, Joseph                            )
Maydwell, Joseph                         )
Mayo, Rebecca                            )
Mayo, Timothy                            )
McAllister, Brian                        )
McCall, Terrance                         )
McCann, James                            )
McCarthy, Patrick                        )
McCarthy, Thomas                         )
McClernon, Michael                       )
McCormack, Joseph                        )
McCormick, Caren                         )
McDonald, Charles                        )

McDonald, Anthony                          )
McElligott, Sean                           )
McElroy, Brian                             )
McEnroe, John                              )
McGarry, James                             )
McGeown, Brian                             )
McGhee, Roger                              )
McGlynn, Eileen                            )
McGovern, James                            )
McGovern, Matthew                          )
McGovern, Peter                            )
McGowan, Raymond                           )
McGowan, Edward                            )
McGuire, Steven                            )
McGuire, Patrick                           )
McHugh, Michael                            )
Mcintosh, Christopher                      )
McKay, Lisa                                )
McKenna, Scott                             )
McKenna, Stephen                           )
McKenna, Joseph                            )
McKenney, Teesha                           )
McKenney, Carlton                          )
McKenzie, Rohan                            )
Mclaine, Sean                              )
McLaughlin, Kevin                          )
McLoughlin, Thomas                         )
McMahon, William                           )
McMenamin, Brian                           )
McMillian, Kevin                           )
McMorrow, Erin                             )
McMullen, Damon                            )
McNair, Kenneth                            )
McNamara, Thomas                           )
McNamara, James                            )
McNeil, Daniel                             )
McNeill, Willie                            )
McNeill, Hugh                              )
McNeill, John                              )
McQueen-Whitley, Kynda                     )
McReynolds, Reginald                       )
McWalters, Thomas                          )
Meachan, Michael                           )
Medina, Hiram                              )
Medina, Marilyn                            )
Medina, Jaime                              )

**Medina, Eric**                                     )
**Medina, Tomas**                                    )
**Medina, Jose**                                     )
**Medrano, Mylene**                                  )
**Meegan, Patrick**                                  )
**Melhorn, Christine**                               )
**Mellusi, Adam**                                    )
**Melrose, William**                                 )
**Memoli, David**                                    )
**Mendez, Daniel**                                   )
**Mendez, Joshua**                                   )
**Mendoza, Sylvia**                                  )
**Mentore, Ronald**                                  )
**Menze, Matthew**                                   )
**Meola, Gerardo**                                   )
**Mercado, Adam**                                    )
**Mercado, Hector**                                  )
**Mercedes, Nehemia**                                )
**Merizalde, Erik**                                  )
**Merrick, Vance**                                   )
**Merrill, Michael**                                 )
**Meyer, Raymond**                                   )
**Michel, Jessica**                                  )
**Michel, Mario**                                    )
**Midwood, Lisa**                                    )
**Mienert, Rodolfo**                                 )
**Migliardi, Jon**                                   )
**Mikowski, Marianne**                               )
**Mikulus, Peter**                                   )
**Miller, Daniel**                                   )
**Miller, Richard**                                  )
**Miller, David**                                    )
**Miller, Michael**                                  )
**Miller, Stacey**                                   )
**Miller, Joseph**                                   )
**Mills, Juanita**                                   )
**Mills, John**                                      )
**Milne, Scott**                                     )
**Milone, Ralph**                                    )
**Mims, Wayne**                                      )
**Mims, Maryann**                                    )
**Minaya, Tara**                                     )
**Mineo, Joseph**                                    )
**Miranda, Daniel**                                  )
**Mirkin, Boris**                                    )
**Mitchell, Rodney**                                 )

Moakley, Michael                                    )
Moccaldi, Anthony                                   )
Mock, Mario                                         )
Modestil, Richard                                   )
Mohan, Dewkoemar                                    )
Momplaisir, Rose                                    )
Monahan, Kenneth                                    )
Moncayo, Francisco                                  )
Monkowski, Matthew                                  )
Monroe, Stephen                                     )
Montaperto, John                                    )
Montauredes, Jonathan                               )
Montello, Richard                                   )
Montesquien, Alex                                   )
Montez, Efrain                                      )
Monzon, David                                       )
Moon, Joongsik                                      )
Mora, Cesar                                         )
Morales, Vincent                                    )
Morales, Feliciana                                  )
Morali, Solomon                                     )
Moran, Michael                                      )
Moran, Jason                                        )
Moran, James                                        )
Moreau, Eddy                                        )
Moreau, Donice                                      )
Morel, Wendy                                        )
Moreno, Mario                                       )
Morgan, Donald                                      )
Morretta, Matthew                                   )
Morris, Angela                                      )
Morris, Scott                                       )
Morrisey, Francis                                   )
Morrissey, Stephen                                  )
Morrissey, William                                  )
Morselli, Louis                                     )
Moryc-Dziubek, Milena                               )
Mosca, Robert                                       )
Mosiurchak, Kevin                                   )
Mosquea, Andy                                       )
Motto, Kimberly                                     )
Moultrie, Latoya                                    )
Mourad, Mourad                                      )
Moy, Jack                                           )
Moye, Kenya                                         )
Mueller, Daniel                                     )

Mui, Tat                                )
Mulham, Donald                          )
Mulham, Cara                            )
Mullen, Allison                         )
Muller, James                           )
Muller, Joseph                          )
Muller, Christopher                     )
Munley, Molly                           )
Munoz, Alex                             )
Munoz, Vanessa                          )
Munoz, Francisco                        )
Munoz, Adan                             )
Muratori, Peter                         )
Murphy, Ryan                            )
Murphy, William                         )
Murphy, Michael                         )
Murphy, Brian                           )
Murphy, Annemarie                       )
Murphy, Harold                          )
Murray, Thomas                          )
Murray, Christopher                     )
Murtagh, Tameka                         )
Murtha, Kevin                           )
Musse, Jenny                            )
Myrthil, Alan                           )
Nadel, Ian                              )
Namour, Alexandre                       )
Napolean, Johnny                        )
Napolitano, Joseph                      )
Nappi, Neil                             )
Narbutt, Michael                        )
Nasierowski, Ross                       )
Nasso, Dominick                         )
Natale, Bryan                           )
Natoli, Brian                           )
Nazario, Nelson                         )
Negcon, Samuel                          )
Negron, Wanda                           )
Negus, William                          )
Nelson, Stephen                         )
Neon, Novaidul                          )
Neri, Matthew                           )
Neumann, Andrew                         )
Nevels, Kareema                         )
Newshan, Bryan                          )
Newton, Rachelle                        )

Ng, Edward                              )
Ng, James                               )
Ng, Haklin                              )
Ng, Raymond                             )
Ng, Jack                                )
Ng, Phillip                             )
Nicastro, Carmine                       )
Nicastro, Christine                     )
Nieves, Ernesto                         )
Nieves, Lissette                        )
Nieves, Carlos                          )
Nikiforidis, Evangelos                  )
Nivar, Alexander                        )
Nolan, Kevin                            )
Nolan, Gabrielle                        )
Nolasco, Hector                         )
Nomani, Mohammad                        )
Nonnon, James                           )
Noonan, Kenneth                         )
Noonan, Brian                           )
Noor, Mizbah                            )
Nowak, Marek                            )
Nunez, Marino                           )
Nunez, Johnny                           )
Nunez, Franny                           )
Nunez, Oscar                            )
O'Brien, Eddie                          )
O'Brien, James                          )
Ocasio, Henry                           )
O'Connell, Timothy                      )
O'Connor, Michael                       )
O'Connor, John                          )
O'Donnell, Kevin                        )
O'Donnell, Mary                         )
O'Donnell, Mary                         )
O'Dougherty, Michael                    )
O'Grady, Daniel                         )
Oh, Paul                                )
O'Hara, Sean                            )
O'Hare, Michael                         )
O'Keefe, Siobhon                        )
O'Keeffe, Cornelius                     )
Olavarria, John                         )
O'Leary, Tara                           )
Olfano, Eric                            )
Olic, Jure                              )

Oliva, Christian                                    )
Ollivierre, Nimrod                                  )
Olsen, Timothy                                      )
O'Neill, James                                      )
Orecchio, Joseph                                    )
Orellana, Johnny                                    )
Orenstein, Scott                                    )
Orenstein, Jeremy                                   )
Orion, Pierre                                       )
Orlando, Daniel                                     )
Ormond, Thomas                                      )
Orsini, Luis                                        )
Ortiz, Daniel                                       )
Ortiz, Jorge                                        )
Ortiz, Margaret                                     )
Ortiz, Ginger                                       )
Ortiz, Juan                                         )
Ortiz, Raymond                                      )
Ortiz, John                                         )
Ortiz II, Esteban                                   )
Ortiz Jr., Felix                                    )
Orzano, Richard                                     )
Osborne, Sandrina                                   )
Osbourne, David                                     )
Osorio Hernandez, Wilfredo                          )
Osso, Frank                                         )
O'Sullivan, John                                    )
O'Sullivan, Brendan                                 )
O'Sullivan, John                                    )
O'Sullivan, Michael                                 )
O'Sullivan, John                                    )
O'Sullivan, Michael                                 )
Otero, Robert                                       )
Otoo, Edmund                                        )
O'Toole, Brian                                      )
Ovando, Patricio                                    )
Owen, Andrew                                        )
Ozborn, James                                       )
Ozuna, Angeline                                     )
Pabon, Jessica                                      )
Padilla, Reynaldo                                   )
Paese, Joseph                                       )
Pagano, Gabriel                                     )
Pagano, Joseph                                      )
Pal, Victor                                         )
Pal, Victor                                         )

Palazzo, John                          )
Palermo, Dominic                       )
Palermo, John                          )
Palmer, Dwayne                         )
Palusko, Eric                          )
Pan, Tzuchin                           )
Pandullo, Frank                        )
Pandullo, Frank                        )
Panetta, Anthony                       )
Panico, Joseph                         )
Panopoulos, Alkiviadis                 )
Papola, Lawrence                       )
Pappas, Johanna                        )
Paradise, Christopher                  )
Parfenoff, Andrew                      )
Parham, Titus                          )
Parisi, Michael                        )
Parker, Shavon                         )
Pasquale, Christopher                  )
Pastrana, Rolando                      )
Pastrana, Jesus                        )
Patterson, Sheila                      )
Patterson, Michael                     )
Patterson, John                        )
Pavelchak, Daniel                      )
Pavic, Thomas                          )
Payne, Jamil                           )
Pedevillano, Marc                      )
Pedraza, Jaime                         )
Peguese, Melody                        )
Pellati, Dante                         )
Pellegrin, Michael                     )
Pellerin, Justin                       )
Pena, Agy                              )
Pena, Eduardo                          )
Pendleton, Lael                        )
Penniston, Odo                         )
Pepe, Kenneth                          )
Pepe, Anthony                          )
Peragine, Vincent                      )
Peralta, Edgar                         )
Peralta, Denise                        )
Perez, Laura                           )
Perez, Eric                            )
Perez, Ronald                          )
Perez, Iris                            )

**Perez, Francisco**                              )
**Perez, Rigoberto**                              )
**Pericone, Wesley**                              )
**Perkins, Joan**                                 )
**Perkins, Heather**                              )
**Perkowski, Wojciech**                           )
**Pernicone, Gregory**                            )
**Perrella, James**                               )
**Perrotto, Joseph**                              )
**Perry, Timothy**                                )
**Perry, Diana**                                  )
**Perry, Timothy**                                )
**Perry, Charles**                                )
**Peters, Anthony**                               )
**Peterson, David**                               )
**Petkovits, Angelo**                             )
**Petrino, Darren**                               )
**Peyer, Jonathan**                               )
**Phelan, Christopher**                           )
**Phelan, James**                                 )
**Phelan, Kevin**                                 )
**Picciano, Philip**                              )
**Piccolo, Anthony**                              )
**Pichardo, Diana**                               )
**Pierre, Bruno**                                 )
**Pignatelli, Richard**                           )
**Pilla, Jason**                                  )
**Pineda, Frederick**                             )
**Pinkhasov, Igor**                               )
**Pinto, Michael**                                )
**Pisano, Karen**                                 )
**Pizzo, Christopher**                            )
**Pizzuta, Paul**                                 )
**Pizzuto, Daniel**                               )
**Plaia, Vito**                                   )
**Pletka, Cole**                                  )
**Plunkett, Silas**                               )
**Poejo, John**                                   )
**Poejo, Victor**                                 )
**Poggioli, David**                               )
**Polanco, Maryann**                              )
**Polanco, William**                              )
**Polanco, Cesar**                                )
**Polanco, Teodor**                               )
**Policastro, Carey**                             )
**Pollari, Joseph**                               )

Pomilla, Francesco )
Ponce Jr., William )
Pooran, Sonia )
Portalatin, John )
Portalatin, Theresa )
Portelli, Mark )
Porter, Chermaine )
Porto, Richard )
Potter, Kurt )
Powell, Scott )
Prasad, Nikki )
Prenderqast , Liliana )
Prenderqast , Paul )
Prentice, Kevin )
Preudhomme, Tasha )
Previte, Jason )
Primiano, John )
Prince-Mccoade, Princess )
Profeta, Joseph )
Proscia, Anthony )
Proscio, Charles )
Pross, John )
Pryce, Dian )
Pryer, Gregory )
Pryor, Buxton )
Puello , Miguelina )
Pugh, Shamika )
Pugni, Richard )
Pulizzotto, Salvatore )
Pulizzotto, Francesco )
Query, Brian )
Quigley, Patrick )
Quiles, Wilson )
Quiles, Carmelo )
Quinn, Brendan )
Radoncic, Adnan )
Ragab, Diana )
Ragsdale, Tracy )
Raldirez, William )
Ramirez, Daisy )
Ramirez, Ana )
Ramirez, Adonis )
Ramoutar, Gurudeo )
Randazzo, Alberto )
Ranieri, Vincent )
Ransome, Suzanne )

**Raso, Michael** )
**Raso, Antoinette** )
**Rau, Thomas** )
**Ray-Lombardo, Nedra** )
**Reda, Joseph** )
**Redmond, Joseph** )
**Reed, Thomas** )
**Reese, Shanee** )
**Regnier, Marika** )
**Rehman, Zaka** )
**Reich, Brian** )
**Reich, Brian** )
**Reid, Andrew** )
**Reid, Haaziq** )
**Reilly, Michael** )
**Reilly, Thomas** )
**Reilly, David** )
**Reiman, Edward** )
**Reimbeau, Jude** )
**Reinecke, Michael** )
**Reiser, Scott** )
**Rendon, John** )
**Rex, Anthony** )
**Reyes, Matilde** )
**Reyes, Antonio** )
**Reyes, Reynaldo** )
**Reyes, Frederick** )
**Rhambarose, Premchand** )
**Rich, Gary** )
**Richardson, Marc** )
**Richardson, Jovita** )
**Ricupero, Michael** )
**Rieger, Michael** )
**Riley, Kelly** )
**Riley-Sherrod, Dawn** )
**Rinaldi, Stephen** )
**Rinaldi, Frank** )
**Rios, Steven** )
**Rios, Kelly** )
**Rippe, George** )
**Rivera, Ann** )
**Rivera, Israel** )
**Rivera, Ferdinand** )
**Rivera, Jessica** )
**Rivera, Eduardo** )
**Rivera, Felix** )

Rivera, Kimio                            )
Rivera, Denise                           )
Rizzo, Steven                            )
Roberts, Walter                          )
Roberts, Karen                           )
Robinson, Eric                           )
Roche, Christopher                       )
Roche, Eduardo                           )
Rodenas, James                           )
Rodin, Russell                           )
Rodriguez, Braulio                       )
Rodriguez, Francis                       )
Rodriguez, Julissa                       )
Rodriguez, Wilbert                       )
Rodriguez, Alvin                         )
Rodriguez, Adrienne                      )
Rodriguez, Charles                       )
Rodriguez, Fidel                         )
Rodriguez, Flavio                        )
Rodriguez, Andres                        )
Rodriguez, Jose                          )
Rodriguez, Jose                          )
Rodriguez, Javier                        )
Rodriguez, Jeffrey                       )
Rodriguez, David                         )
Rodriguez, Steven                        )
Rodriguez, Frank                         )
Rodriquez, Jeffrey                       )
Roe, Andrew                              )
Rogers, Besemah                          )
Rojas, Zandro                            )
Rojecki, John                            )
Romain, Patrick                          )
Roman, Wakisha                           )
Romance, Richard                         )
Romano, Salvatore                        )
Romero, Ludwig                           )
Rondo, Anastasia                         )
Rosa, Noel                               )
Rosa, John                               )
Rosado, Martha                           )
Rosario, Elvis                           )
Rosario, Nesquelma                       )
Rosario, Williams                        )
Rosario, Felix                           )
Rosario, Moises                          )

**Rosario, Mary** )
**Rosenberg, Jeffrey** )
**Rosenberg, Chad** )
**Rossita, Thomas** )
**Rosso, Joseph** )
**Rostkowski, William** )
**Rothenbucher, Michael** )
**Rothman, Adam** )
**Rouzinos, Teddy** )
**Roventini, Danielle** )
**Rubinstein, Erik** )
**Ruggiero, Nicole** )
**Ruggiero, Robert** )
**Rusielewicz, Raymond** )
**Russo, Dennis** )
**Russo, Andrew** )
**Russo, Kenneth** )
**Russo, Michael** )
**Ryabinin, Andriy** )
**Ryan, Rosa** )
**Ryan, John** )
**Rzonca, Jon-Kristian** )
**Sagnelli, Michael** )
**Salato, Anthony** )
**Saleh, Majer** )
**Salice, Michael** )
**Salomons, Jonathan** )
**Sambriski, Michael** )
**Sammon, Joseph** )
**Samudio, Wanda** )
**Samuel, Matthews** )
**Samuels, Eric** )
**Sanabria, Abraham** )
**Sanchez, Israel** )
**Sanchez, Lorraine** )
**Sanchez, Adam** )
**Sanchez, Victor** )
**Sanchez, Miguel** )
**Sanders, Richard** )
**Sanders, Sharisse** )
**Sandseth, Eric** )
**Sanford, Joseph** )
**Sannasardo, Robert** )
**Santiago, Harry** )
**Santiago, Richard** )
**Santiago, Joseph** )

Santiago, Sammy )
Santiago, Roberto )
Santiago, Adrian )
Santoli, Patrick )
Santos, Javier )
Santos, Valerie )
Santos, Yajaira )
Sarao, Steven )
Sariego, Luis )
Sarracino, Guadalupe )
Sarubbi-Barcia, Aleandra )
Saunders, Michelle )
Saviano, Joseph )
Sawers, Ron )
Sawicki, Gerard )
Scanlon, Damian )
Scantlebury, Erik )
Scaparro, Michael )
Scavelli, Guy )
Schachtel, Peter )
Schelberger, Kristine )
Scheublin, Jeremy )
Schindlar, Curt )
Schuddle, Erika )
Schulz, Peter )
Schupp, John )
Schwagger, Marni )
Schwartz, Martin )
Schwarz, Daniel )
Sciacca, Daniel )
Scianna Jr., Kenneth )
Sciascia, John )
Scire, Joseph )
Scocca, Paul )
Scott, Christopher )
Scurro, James )
Sealy, Kelley )
Seda, Lisa )
Sedeniussen, Eric )
Seeley, Andrew )
Seguinot, Victor )
Seidel, Erik )
Seiling, Michael )
Selsey, Marcy )
Seminara, Joseph )
Sena, Michael )

**Seppa, Christine**                                    )
**Serrano, Joseph**                                     )
**Serrano, Anna**                                       )
**Sestito, Anthony**                                    )
**Sexton, Maria**                                       )
**Seymour, Wendel**                                     )
**Shafidiya, Beatrice**                                 )
**Shanahan, Kevin**                                     )
**Sharma, Ruth**                                        )
**Sharpe, Christopher**                                 )
**Shaughnessy, James**                                  )
**Shea, Kevin**                                         )
**Shea, Patrick**                                       )
**Sheahan, Richard**                                    )
**Sheehan, Matthew**                                    )
**Sheldon, Timothy**                                    )
**Shen, Kaymoon**                                       )
**Shepherd, Bobby-Lorne**                               )
**Sheppard, Tarik**                                     )
**Shigri, Shazad**                                      )
**Shirvis, Joseph**                                     )
**Shopiro, Alexander**                                  )
**Shovlin, Brendan**                                    )
**Siculiano, John**                                     )
**Siedman, Richard**                                    )
**Siegel, Neil**                                        )
**Sien, Tracy**                                         )
**Siliato, Mark**                                       )
**Silva, Eduardo**                                      )
**Silvera, Taneese**                                    )
**Silvester, Edward**                                   )
**Simmons, Howard**                                     )
**Simons, Jonathan**                                    )
**Sinatra, Michael**                                    )
**Singh, Harjit**                                       )
**Siragusa, Jason**                                     )
**Sitro, Peter**                                        )
**Sloan, John**                                         )
**Small, Edmund**                                       )
**Smirnov, Andrey**                                     )
**Smith, Matthew**                                      )
**Smith, Thomas**                                       )
**Smith, Edward**                                       )
**Smith, Carol**                                        )
**Smith, George**                                       )
**Smith, Dwight**                                       )

Smith, Lakeisha                              )
Smith, Thomas                                )
Smithson, Terrence                           )
Smithwick, Oneil                             )
Smyth, Patrick                               )
Sohan, Kurinne                               )
Solarsh, Mitchel                             )
Solcany, Stephen                             )
Soldo, Robert                                )
Song, Edward                                 )
Sonnenberg, Eric                             )
Soreco, Carl                                 )
Sorensen, Frank                              )
Soto, Ruben                                  )
Soto, Lourdes                                )
Sparber, Brian                               )
Spataro, Stephen                             )
Spencer, Janine                              )
Sperrazza, Stephen                           )
Spitzfaden, Thomas                           )
Spring, Elizabeth                            )
Springer, Euborne                            )
Sprolling, Jennifer                          )
Spurrell, Bernadette                         )
Stanchic, John                               )
Statsinski, Peter                            )
Stclair, Sean                                )
Steck, Robert                                )
Steele, Latavia                              )
Steele, Kevin                                )
Steiner, Mark                                )
Stephens, Thomas                             )
Stevko, John                                 )
Stewart, Keith                               )
Stewart-Perry, Qunda                         )
Stoll, Julie                                 )
Stolzer, Michael                             )
Stone, Cheryl                                )
Stover, Nicole                               )
Strang, Bruce                                )
Stratmann, Adrienne                          )
Strom, David                                 )
Strong, Matthew                              )
Stubbing, John                               )
Stueckenschneider, Jon                       )
Styron, Scott                                )

Sucre, Jason                          )
Suero, Elvis                          )
Sullivan, Timothy                     )
Sullivan, Sherlisa                    )
Sullivan, George                      )
Sullivan, Candida                     )
Sullivan, Terrence                    )
Sullivan, David                       )
Summa, Montgomery                     )
Summa, Shereen                        )
Summers, Eileen                       )
Surujballi, Sheival                   )
Swicicki Jr., Thomas                  )
Swystun, Juan                         )
Sykes, Reginald                       )
Sykora, Michael                       )
Tacorante, Melissa                    )
Talvy, Steven                         )
Tamayo, Dino                          )
Tan, Jian                             )
Taormina, Salvatore                   )
Tarafa, Marilyn                       )
Tavarez, Jorge                        )
Tavella, Ralph                        )
Taveras, Katherine                    )
Taveras, John                         )
Taylor, Jesse                         )
Taylor, Joseph                        )
Teitler, Mark                         )
Telesco, Tony                         )
Terlinsky, Jesse                      )
Termine, Glenn                        )
Terpos, Philip                        )
Terrano, Vincent                      )
Thomas, Hayden                        )
Thomason, Tamika                      )
Thompson, Craig                       )
Thompson, John                        )
Thompson, Deborah                     )
Thornton, Craig                       )
Thweatt Jr., Jeffery                  )
Tierney, Dennis                       )
Timofeev, Sergey                      )
Tinajero, Kenneth                     )
Tingue, Moise                         )
Toal, John                            )

**Tobin, Gregory** )
**Tolson Jr., Andrew** )
**Tomasulo, Stephen** )
**Torpey, Michael** )
**Torrellas, Robert** )
**Torres, Alexander** )
**Torres, Jeannette** )
**Torres, Victor** )
**Torres, Antonio** )
**Torres, Richard** )
**Torres, Arnold** )
**Torres, Adam** )
**Toth, Joseph** )
**Toussaint, Michael** )
**Trabulsy, James** )
**Tracey-Donato, Margaret** )
**Tracy, Lourdes** )
**Trapani, Paul** )
**Treanor, Leslie** )
**Trotta, James** )
**Truffon, George** )
**Trzcinski, John** )
**Tsoukias, Paul** )
**Tucker, Ty** )
**Tuckett, Lyndon** )
**Tunick, Daniel** )
**Tuozzolo, Paul** )
**Turchio, Michael** )
**Turner, Mark** )
**Turner, Mark** )
**Turner, Michele** )
**Turner, Jesse** )
**Turner, Thomas** )
**Turner, Sean** )
**Tuthill, Shawn** )
**Twachtman, William** )
**Tysdal, Kenneth** )
**Unverzagt, William** )
**Urbina, Ernest** )
**Urena, Rafael** )
**Urizzo, Andrew** )
**Ursini, Nicholas** )
**Vacarr, Michael** )
**Valad, Javad** )
**Valdez, Ramon** )
**Valinchus, Darryl** )

Valle, Joseph                                    )
Van Dyke, Nicholas                               )
VanBrakle, Olga                                  )
Vargas Jr., Hipolito                             )
Vasquez, Stephanie                               )
Vasquez, Carlos                                  )
Vaughn, Melisa                                   )
Vaughn, Rashawn                                  )
Vazquez, Mark                                    )
Vazquez, John                                    )
Vazquez, Miguel                                  )
Vazquez, Deborah                                 )
Vecchio, James                                   )
Vega, Jose                                       )
Vega, Rodney                                     )
Vega Jr., Hector                                 )
Velez, Lisa                                      )
Velez, David                                     )
Velez, Angel                                     )
Velez, Omar                                      )
Velez, Mark                                      )
Veloz, Roberto                                   )
Veloz, Javier                                    )
Vento, Michael                                   )
Ventura, Louis                                   )
Vera, William                                    )
Verderosa, Joseph                                )
Vereline, Joseph                                 )
Vergin, Jean                                     )
Vetell, Thomas                                   )
Vicente, Michael                                 )
Viera, Carlos                                    )
Villagran, Luis                                  )
Villalba Jr., Ismael                             )
Villanueva, Jose                                 )
Vines, Jason                                     )
Viola, Christopher                               )
Visco, Valerie                                   )
Vitale, Benedict                                 )
Vitale, Salvatore                                )
Vitale, Louis                                    )
Vivar, Diego                                     )
Volpe, John                                      )
Volpicella, Michael                              )
Vomero, Richard                                  )
Vultaggio, Michael                               )

Wachter, Mark                                    )
Wahlig, Thomas                                   )
Waki, Ryota                                      )
Walker, Gerard                                   )
Walker, Sean                                     )
Wall, Richard                                    )
Walls, Gabrielle                                 )
Walsh, Jennifer                                  )
Walsh, Matthew                                   )
Walsh, Thomas                                    )
Walsh, Kathleen                                  )
Walsh, Valerie                                   )
Walsh, Sean                                      )
Walsh, Jeanine                                   )
Walter, Eileen                                   )
Walters, Jamie                                   )
Ward, Keisha                                     )
Warnett, Ronald                                  )
Warren, John                                     )
Warren, Thomas                                   )
Warren, Edward                                   )
Washington, Voneric                             )
Watson, Cynthia                                  )
Weck, James                                      )
Weiner, Peter                                    )
Weir, Darryl                                     )
Welsh, Scott                                     )
Wendelken, Gerald                               )
Wheeler, Willie                                  )
Wheeler, Stephen                                 )
Wheeler, Edward                                  )
Wheeler, James                                   )
White, Paul                                      )
White, Merle                                     )
White, Mindy                                     )
White, Deirdre                                   )
White Jr., Joseph                                )
Whitely, Marcia                                  )
Wilde, Thomas                                    )
Wilhelmy, Ronald                                 )
Willabus, Winston                                )
Williams, Philip                                 )
Williams, Michael                                )
Williams, Stephen                                )
Williams, Maurice                                )
Williams, Zahid                                  )

Williams, LaTonya                             )
Wilson, Ronald                                )
Wilson, Paul                                  )
Wilson-Valis, Laverne                         )
Wilt, Richard                                 )
Wingate, Donald                               )
Wingfert, Martin                              )
Winrow, Brian                                 )
Winston, Candra                               )
Wise, Audrey                                  )
Wit, Christopher                              )
Wong, Phillip                                 )
Wong, Andy                                    )
Wong, Matthew                                 )
Wong, Peter                                   )
Woo, Michael                                  )
Woodley, Joseph                               )
Woods, Kevin                                  )
Worobey, Erik                                 )
Wowk, Christopher                             )
Wright, Colby                                 )
Wynne, Conor                                  )
Wynne, Michael                                )
Xenakis, Stanley                              )
Yakatally, Amir                               )
Yeh, Kevin                                    )
Yip, Allan                                    )
Young, Jamie                                  )
Young, Paul                                   )
Young, Jamie                                  )
Yu, David                                     )
Yu, Sze-Hon                                   )
Zabo, Donna                                   )
Zacarese, Richard                             )
Zaheer, Sulman                                )
Zakian, Harry                                 )
Zanetis, Steven                               )
Zanleone, Michael                             )
Zedalis, Ronald                               )
Zeitler, Brenda                               )
Zektser, Aleksandr                            )
Zelikov, Vitaliy                              )
Zeng, Guang                                   )
Zhen, Jun                                     )
Zheng, Sam                                    )
Zheng, Ming                                   )



| Zirhinger, Mark | ) | |
| Zisel, Robert | ) | |
| Zollo, Daniel | ) | |
| Zuber, Neil | ) | |
| Zweben, Howard | ) | |
| Zwickis, Robert | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **12-cv-02957-SAS ECF CASE** |
| | ) | |
| **CITY OF NEW YORK and THE** | ) | |
| **NEW YORK CITY POLICE** | ) | |
| **DEPARTMENT** | ) | |
| | ) | |
| **Defendants.** | ) | |

## COMPLAINT

### INTRODUCTION

Plaintiffs, by and through their counsel, the law firm of  Woodley & McGillivary, for their complaint against the City of New York ("New York City") and the New York City Police Department ("NYPD")(hereinafter collectively referred to as "defendants"), state as follows:

### PARTIES

1.  Plaintiffs are, and at all times material herein have been, employed by defendants in the position of sergeant in the New York City Police Department. Plaintiffs bring this action for a declaratory judgment, back pay and other relief pursuant to 29 U.S.C. § 207, 29 U.S.C. § 216(b), and 28 U.S.C. § 1331 to remedy the defendant's willful and unlawful violations of federal law complained of herein.

2.  Plaintiffs are identified in the caption of the Complaint and have given their written consent to be party plaintiffs in this action pursuant to 29 U.S.C. § 216(b).

Such written consents are appended to this Complaint in Appendix A.  These written consent forms set forth each plaintiff's name and address.

3.  Each of the plaintiffs in this action while employed by defendants has been an "employee" within the meaning of the Fair Labor Standards Act (FLSA), 29 U.S.C. Section 203(e)(1).

4.  Defendant New York City is, among other things, a juridical entity amenable to suit under the FLSA in that it is, and was at all times material hereto, a public agency within the meaning of Section 3(x) of the FLSA, 29 U.S.C. § 203(x). New York City has a principal office and place of business located at Broadway and Park Row, New York, New York, 10007, and may be served with process by serving the Office of Corporation Counsel, 100 Church Street, New York, 10007.

5.  Defendant New York Police Department ("NYPD") is an administrative division of New York City and is, among other things, a juridical entity amenable to suit under the FLSA in that it is, and was at all times material hereto, a public agency within the meaning of Section 3(x) of the FLSA, 29 U.S.C. §203(x). The NYPD's principal office is located at One Police Plaza, New York, New York, 10038.

**JURISDICTION AND VENUE**

6.  This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1331 and 29 U.S.C. § 216(b).

7.  Venue is proper in this district pursuant to 28 U.S.C. § 1391.

**CLAIMS**

8.  At all times material herein, and since April 12, 2009, as well as before, the plaintiffs have worked within the NYPD for defendants in the position of sergeant.

9.  Within the last three years and continuing to date, while working in the position of sergeant on behalf of defendants, plaintiffs' job duties are to perform work protecting and serving the public including but not limited to responding to 911 emergency calls, making arrests, patrolling sites that are potential terrorist targets, writing citations, conducting investigations, apprehending suspects, serving warrants, resolving domestic disputes, conducting patrols, backing up other police officers who are making arrests, guarding and transporting prisoners, and testifying before grand juries, court hearings and trials.

10. While working in the position of sergeant on behalf of defendants, plaintiffs have worked in excess of 40 hours per week, including many occasions in which plaintiffs have worked in excess of 43 hours per week, 86 hours in a biweekly pay period and 171 hours in a 28 day period.

11. During the times that plaintiffs have worked in excess of 40 hours per week as well as those occasions in which they have worked in excess of 43 hours per week, 86 hours in a biweekly pay period or 171 hours in a 28 day period, defendants have failed to provide plaintiffs with the rights and protections provided under the FLSA, including overtime pay at the rate of one and one-half times their regular rates of pay for all hours plaintiffs have worked in excess of the hourly standards set forth under 29 U.S.C. §§ 207(a) and (k), and as

mandated by the Second Circuit's decisions in *Mullins v. City of New York*, Case No. 09-3435.

12. During the work periods in which defendants have suffered or permitted plaintiffs to work hours in excess of the hourly standards for overtime set forth under both Section 7(a) and Section 7(k) of the FLSA, 29 U.S.C. §§ 207(a) and (k) and as mandated by the Second Circuit's decisions in *Mullins v. City of New York*, 09-3435, defendants have failed to provide plaintiffs with the rights and protections provided under the FLSA, by failing to pay overtime at the rate of one and one-half times their regular rates of pay for all hours plaintiffs have worked overtime in excess of the hourly standards for overtime set forth in the FLSA.

13. Section 207(a) and (k), as well as the regulations of the U.S. Department of Labor, 29 CFR Part 778, *et seq.*, require that all forms of remuneration be included in the rate at which FLSA overtime is paid, with some limited exceptions. Defendants have failed to include certain premium payments that are made in addition to employees' regular pay in the regular rate of pay at which overtime pay is calculated for the plaintiffs and other employees similarly situated, as required under the law.

14. By failing to pay the plaintiffs and other employees similarly situated the overtime pay required under the law, and by failing to properly compute the employees' regular rate of pay at which overtime pay is calculated, the defendants have violated and are continuing to violate in a willful and intentional manner the provisions of the FLSA. In particular, plaintiffs note that defendants were ordered by the Second Circuit's decision in *Mullins v. City of New York,*

Case No. 09-3435, to treat the plaintiff sergeants as FLSA non-exempt, but defendants have failed to do so.  As a result, at all times material herein, the plaintiffs have been unlawfully deprived of overtime compensation and other relief for the maximum period allowed under the law.

15. As a result of the defendants' willful and purposeful violations of the FLSA, there have become due and owing to the plaintiffs an amount that has not yet been precisely determined.  The employment and work records for the plaintiffs are in the exclusive possession, custody and control of defendants and its public agencies and the plaintiffs are unable to state at this time the exact amount owing to them.  Defendants are under a duty imposed under the FLSA, 29 U.S.C. § 211(c), and various other statutory and regulatory provisions to maintain and preserve payroll and other employment records with respect to the plaintiffs and other employees similarly situated from which the amount of defendants' liability can be ascertained.

16. Pursuant to 29 U.S.C. § 216(b), plaintiffs are entitled to recover liquidated damages in an amount equal to their back pay damages for the defendants' failure to pay overtime compensation.

17. Plaintiffs are entitled to recover attorneys' fees and costs under 29 U.S.C. § 216(b).

## DEMAND FOR A JURY TRIAL

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, plaintiffs hereby demand that their claims be tried before a jury.

**PRAYER FOR RELIEF**

WHEREFORE, the plaintiffs, on their own behalf and on behalf of others similarly situated, pray that this Court:

(a)  Enter judgment declaring that the defendant has willfully and wrongfully violated its statutory obligations, and deprived each of the plaintiffs of his rights;

(b)  Order a complete and accurate accounting of all the compensation to which the plaintiffs are entitled;

(c)  Award plaintiffs monetary liquidated damages equal to their unpaid compensation;

(d)  Award plaintiffs interest on their unpaid compensation;

(e)  Award plaintiffs their reasonable attorneys fees to be paid by the defendants, and the costs and disbursements of this action; and

(f)  Grant such other relief as may be just and proper.


Respectfully submitted,



/s/ Sara L. Faulman_____
Gregory K. McGillivary (SSN: 0280)
Sara L. Faulman (SF 9778)
WOODLEY & McGILLIVARY
1101 Vermont, N.W.
Suite 1000
Washington, DC  20005
Phone:  (202) 833-8855

Attorneys for Plaintiffs