**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

_____

| | |
|---|---|
| McInnis, Andrew | ) |
| Abdelmessih, Joseph | ) |
| Abdurrahim, Nuruddin | ) |
| Abel, David | ) |
| Abrams, Donald | ) |
| Accomando, Gregory | ) |
| Acevedo, Issac | ) |
| Acosta, Junio | ) |
| Adams, Donna | ) |
| Addeo, Michael | ) |
| Addison, Christian | ) |
| Adme, Nicot | ) |
| Adorno, John | ) |
| Afanasewicz, Peter | ) |
| Ahmad, Mahmood | ) |
| Ahmed, Nora | ) |
| Ahmed, Aiman | ) |
| Ahmed, Muhammad | ) |
| Ahn, Jeffrey | ) |
| Aidiniou, Vassilios | ) |
| Aiello, Dorothy | ) |
| Aitola, Christopher | ) |
| Ajello, Jonathan | ) |
| Alba, Marisol | ) |
| Albert, Esdras | ) |
| Alexander, James | ) |
| Alexander, Robert | ) |
| Alexandre, Michelle | ) |
| Alfano, Anthony | ) |
| Alfieri, Matthew | ) |
| Ali, Afzal | ) |
| Alicea, Hector | ) |
| Allen, Patrick | ) |
| Allen, Patrick | ) |
| Alleva, Michael | ) |
| Allocca, Michael | ) |
| Alongi, Emanuele | ) |
| Alps, Thomas | ) |
| Alrubayai, Samir | ) |
| Alston, Davon | ) |
| Alu, Stephen | ) |

Alvarado, Richard                               )
Alvarado, Antero                                )
Alvarez, Alexander                              )
Alvarez, Carlos                                 )
Alves, Davide                                   )
Ambrose, Christopher                            )
Anatsui, Edwige                                 )
Ancion, Jean Paul                               )
Anderson, Darrell                               )
Anderson, Marcella                              )
Anderson, Kirk                                  )
Andre, Emmanuel                                 )
Andrea Jr., Victor                              )
Andreacchi, Christopher                         )
Andreano, Anthony                               )
Andreano, Michael                               )
Andryuk, John                                   )
Anselmo, Suzanne                                )
Anthony, Wanda                                  )
Anticev, Domagoj                                )
Antiuk, Stephen                                 )
Antonios-Boctor, Gasser                         )
Apostolou, James                                )
Aquino, Erik                                    )
Araciba, Jorge                                  )
Arcuri, Helene                                  )
Ardito, Ann                                     )
Argyros, Ioannis                                )
Armistead, Anthony                              )
Armstrong, James                                )
Arndt, Keith                                    )
Arundell, Paul                                  )
Asghar, Salinan                                 )
Ashby, Adrian                                   )
Assante, Salvatore                              )
Astras, George                                  )
Atherley, Lana                                  )
Attardo, Paul                                   )
Au, Benny                                       )
Austin, Trevor                                  )
Aviles, Raymond                                 )
Aviles, Jasmin                                  )
Aylward, John                                   )
Babington, Edward                               )
Babington, Edward                               )
Bacchi, Jerome                                  )

Badagliacea, Michael                                    )
Badillo, Abraham                                        )
Badillo, Jr., Angel                                     )
Baez, Guillermo                                         )
Baez, Herminio                                          )
Baez, Tina                                              )
Baez, Jose                                              )
Bagarozza, Anthony                                      )
Bakioglu, Metin                                         )
Baldino, John                                           )
Bang, Chung                                             )
Banks, Torre                                            )
Bannon, John                                            )
Bannon, Christopher                                     )
Barbarelli, Louis                                       )
Barbieri, William                                       )
Barcia, Luis                                            )
Barkovich, Robert                                       )
Barnett, Robert                                         )
Barnwell, Michael                                       )
Barnwell, Sharon                                        )
Barreto, Derek                                          )
Barrios, Paul                                           )
Barrios, Paul                                           )
Bartley, Brian                                          )
Bartolotta, Joseph                                      )
Bast, James                                             )
Bastedenbeck, John                                      )
Batista, Fior                                           )
Batista, Tiffany                                        )
Batista, Michael                                        )
Bautista, Natalie                                       )
Beal, Arthur                                            )
Beamer, Bradley                                         )
Beattie, Timothy                                        )
Beatty, James                                           )
Beatty, Walter                                          )
Becht, Timothy                                          )
Beckford, Frederick                                     )
Begg, John                                              )
Behrman, Robert                                         )
Bellingeri, Benjamin                                    )
Bello, Joseph                                           )
Bello, Charles                                          )
Belmonte, Stefano                                       )
Belogorodsky, Michael                                   )

**Bennett, Jason**                     )
**Bennett, Tanya**                     )
**Bennett, Steven**                    )
**Benowitz, Cory**                     )
**Benson, Benjamin**                   )
**Bentivegna, Anthony**                )
**Beraud, KellyJean**                  )
**Beresford, Justin**                  )
**Berg, Michael**                      )
**Bergamo, Michael**                   )
**Bergenbaum, Michael**                )
**Berisha, Burim**                     )
**Berkowitz, Jason**                   )
**Bermingham, Philip**                 )
**Bernal, Paul**                       )
**Bernstein, Erik**                    )
**Berrios, Eric**                      )
**Berrios, Daniel**                    )
**Berry, Stephanie**                   )
**Bersch, Brandon**                    )
**Berson, Jeremy**                     )
**Bertuccio, Louis**                   )
**Beslity, Kevin**                     )
**Besmer, James**                      )
**Bettex, Lawrence**                   )
**Bhatti, Aliya**                      )
**Bidol, Oliver**                      )
**Biegler, Douglas**                   )
**Biegler, Douglas**                   )
**Bien-Aime, Clark**                   )
**Bier, Craig**                        )
**Billows, Justin**                    )
**Biscarri, John**                     )
**Bishop, Natalie**                    )
**Bishop, Natalie**                    )
**Bishop, Chancellor**                 )
**Bizgu, Alexandru**                   )
**Black, Hugh**                        )
**Black, Thomas**                      )
**Black, Jamerson**                    )
**Blake, Gordon**                      )
**Blake, Ritchard**                    )
**Blake, Kevin**                       )
**Blowe, Yancy**                       )
**Bobin, Jonathan**                    )
**Bock, Michael**                      )

Bogacki, James                          )
Bohannon, Brian                         )
Bolte, Ronald                           )
Bomparola, Matthew                      )
Bonet, Bernard                          )
Bonilla, Herbert                        )
Bono, Alessio                           )
Booncome, Urit                          )
Booncome, Urit                          )
Boorman, Matthew                        )
Bopp, Michael                           )
Borg, Michael                           )
Borruso, John                           )
Botta, Michael                          )
Botta, Kristen                          )
Bourbeau, Matthew                       )
Bowden, Christopher                     )
Bowe, Edward                            )
Brabham, Christopher                    )
Braccia, Michael                        )
Bradbury, Dennis                        )
Brady, Robert                           )
Braine, Kelly                           )
Brand, Keith                            )
Brantley, April                         )
Brenes, Scott                           )
Brennan, Thomas                         )
Brenner, Randy                          )
Briceno, Jose                           )
Briggs, Willie                          )
Brill, John                             )
Brill, Nathalie                         )
Brinkley, Stefanie                      )
Briones, James                          )
Briscoe, Paul                           )
Broda, Steven                           )
Brooks, Bryan                           )
Brooks, Damon                           )
Brown, Beverly                          )
Brown, Carlene                          )
Brown, Tony                             )
Brown, Angela                           )
Brown, Timothy                          )
Brown Kennerly, Frantz                  )
Browne, Thomas                          )
Browne, Thomas                          )

Bruce, Donald                    )
Bruton, Kyle                     )
Bryant, Jr., Arthur              )
Bullara, Joseph                  )
Bullett, David                   )
Bumpars, Pamela                  )
Bunting, Brandon                 )
Burgio, Anthony                  )
Burke, Brian                     )
Burke, Charles                   )
Burke, Joseph                    )
Burke, Eugene                    )
Burke, Nicole                    )
Burke, Kenneth                   )
Burke, Christine                 )
Burns, Kevin                     )
Burns, Frank                     )
Burrello, Michael                )
Burton, Scott                    )
Burzumato, Scott                 )
Busby, Kelly                     )
Buscemi, Frank                   )
Buthorn, John                    )
Butler, Joseph                   )
Butler, Valerie                  )
Butler, Glenn                    )
Butler Jr., Walter               )
Byrne, Robert                    )
Caban, John                      )
Cabello, Albert                  )
Cabrera, Luis                    )
Cacaj, Walter                    )
Cadogan, Jamil                   )
Caesar, Kenneth                  )
Cafaro, Amber                    )
Cafasso, Stephen                 )
Caffrey, Gerard                  )
Cai, Timothy                     )
Cain, Kevin                      )
Calabras, Tara                   )
Calderon, Angel                  )
Caleb, Senta                     )
Califano, Michael                )
Callaghan, Evelyn                )
Callahan, Scott                  )
Callender, Dale                  )

Calma Jr., Anthony )
Cammarota, Yvette )
Campisi, Charles )
Canales, Wilmer )
Canavan, Christopher )
Candia, Pedro )
Candia, Pedro )
Canepa, Nicholas )
Cano, David )
Cao, Viet )
Caparco, Michael )
Capitali, Peter )
Capitali, Peter )
Capozzi, John )
Cappello, Michael )
Capper, James )
Caraballo, Steven )
Caraballo, Eliezer )
Caraballo, Jorge )
Carela, Junior )
Carini, James )
Carnegie, Penny )
Caro, Steven )
Carpentieri, Jason )
Carrero, James )
Carson, Lawrence )
Carty, Kerry )
Carvajal, Jorge )
Casazza, Ronald )
Casey, Thomas )
Casey, Kenneth )
Casiano, Erik )
Casiano, Anthony )
Cassano, James )
Castaldo, Joseph )
Castellana, Anthony )
Castiglione, Gerard )
Castillo, Aneudy )
Castillo, Juanita )
Castro, Dania )
Castro, Ernesto )
Catabiano, Brian )
Catalano, Michael )
Cea, Brian )
Cecchetti, Daniel )
Cecchetti, Maurice )

Celestin, Claude )
Celiba, Gaby )
Centeno, James )
Cepin, Luis )
Cerrato, Joseph )
Cerrito, Donald )
Chae, Hyon )
Chan, Dennis )
Chan, Christopher )
Chan, Christopher )
Chan, Kevin )
Chan, Stephen )
Chan, Daniel )
Chance, Andrew )
Chandu, Mahaan )
Chang, KengMing )
Chang, Danny )
Chantel, Xochilt )
Charles, Ralph )
Charles, Lesly )
Charles, Genser )
Chen, Fung )
Chen, Tao )
Chen, Fung )
Chen, Joe )
Cheng, Ronald )
Chervil, Jeffrey )
Chervoni, Lynda )
Cheung, Hoi Ping )
Chien, William )
Childs, Andrew )
Chin, Gregory )
Chiodi, Frank )
Chiriboga, Richard )
Chisolm, Maurice )
Choi, Han )
Chramega, Katarzyna )
Christos, James )
Chung, Wai Kwang )
Chung, Edward )
Chuyko, Yuriy )
Ciaravino, Elizabeth )
Cicerello, Frank )
Cirigliano, Nancy )
Cirillo, Jeanine )
Clark, Marvin )

Clark, Robert                                    )
Clark, William                                   )
Clark, Veronica                                  )
Clark, Melissa                                   )
Clark, Thomas                                    )
Clark, Frank                                     )
Clavin, Howard                                   )
Clements, Brian                                  )
Clemenza, Robert                                 )
Clifford, Gregory                                )
Clisti, John                                     )
Coan, Richard                                    )
Codd, George                                     )
Colavito, Nicholas                               )
Collazo, Yvette                                  )
Collins, Sean                                    )
Collins, Daniel                                  )
Colon, Robert                                    )
Colon, Omar                                      )
Colon, Steven                                    )
Conca, Ignazio                                   )
Concepcion, Felix                                )
Conlon, Timothy                                  )
Connizzo, Michael                                )
Connolly, Daniel                                 )
Connolly, Brendan                                )
Connolly, Walter                                 )
Connors, Michael                                 )
Contreras, Raymond                               )
Conway, Thomas                                   )
Conway, William                                  )
Conwell, James                                   )
Cooper, Francis                                  )
Coppola, Anthony                                 )
Corbett, Robert                                  )
Corcoran, Sean                                   )
Cordano, David                                   )
Cordano, David                                   )
Cornejo, Kema                                    )
Corredor-Torres, Gonzalo                         )
Cortes, Jason                                    )
Cortright, Paul                                  )
Costanzo, John                                   )
Costello, Janelle                                )
Costello, John                                   )
Cotto, Edgar                                     )

Cowan, Kathleen )
Coyle, Gerald )
Coyne, Robert )
Craven, William )
Crawford, Tiffany )
Crisan, Daniel )
Crodiner, Neilie )
Croke, Brian )
Cronin, Michael )
Crouch, Alexander )
Cruz, Tara )
Cruz, Michael )
Cruz, Elizabeth )
Cruz, Janette )
Cruz, Edward )
Cruz, Michael )
Cruz Jr., Ernesto )
Crystal, Curtis )
Cucci, Jack )
Cuce, David )
Cueto, Miguel )
Cuevas, Eric )
Cummings, David )
Cummings, Leiann )
Cummings, Cortney )
Cunningham, Thomas )
Cunningham, Kensington )
Curran, Patrick )
Curran Sr., Terence )
Curry, Michael )
Cussen, David )
Cutter, Daniel )
Cuz, Benjamin )
Dailey, Corey )
Daily, William )
D'Alessandro, Scott )
Daly, Thomas )
Daly, Thomas )
D'Ambrogio, Michael )
Dambrosio, Vincent )
D'Amico, Dina )
Danclar, Anthony )
D'Angelico, Lawrence )
D'Angelo, Thomas )
Daniel-Bay, Dawud )
Daniels, Oswald )

Dankel, Raymond                                )
Dannecker, Michael                             )
Danny, Diaz                                    )
Darabart, Ronald                               )
Darabent, Ronald                               )
Darcey, Kevin                                  )
Darougar, Kevin                                )
Davila, Julio                                  )
Davis, Rosemary                                )
Davis, Charles                                 )
Davis, Martin                                  )
Davis, Marcus                                  )
Davis, Jack                                    )
Davis, Danielle                                )
Davis, Shemille                                )
Davis, Silvia                                  )
Davis, Shemille                                )
Davydov, Alex                                  )
Dawe, Tara                                      )
Dawson, Kathleen                               )
De Hoyos, Josue                                )
De La Cruz, Henry                              )
De La Cruz, Jose                               )
Dean, Nicole                                    )
DeAngelis, Stephen                             )
Debellis, Regina                               )
Debold, Christopher                            )
DeCaro, Gerardo                                )
Decker, David                                  )
Deen, Mohamed                                   )
Deevy, Timothy                                  )
Defabrizio, Frank                              )
DeGiacomo, Edward                              )
Deighan, Edward                                )
DeJesus, Raymond                               )
DeJesus Jr., Jose                              )
Del Monico, Dean                               )
Del Toro, Karyn                                )
Delaney, Colin                                 )
Delgado, Aivgel                                )
Dellaume, Joseph                               )
DelPozzo, John                                 )
Deluna, Jose Luis                              )
DelValle, Marisol                              )
Demertzidis, Despoina                          )
Demick, Allison                                )

Demorin, Frantz                              )
Dempsey, Brian                               )
Dempsey, John                                )
Denis, Brian                                 )
Denton, David                                )
Depalma, David                               )
Depestre, Alessandra                         )
Depietro, Archie                             )
Depinto, Conrad                              )
Dequesedo, Cynthia                           )
DeSimons, Steve                              )
Devine, Peter                                )
Devino, Marie                                )
DeVirgilo, Louis                             )
Devlin, John                                 )
Diamond, David                               )
Diaz, Johnny                                 )
Diaz, Damaris                                )
Diaz, Gabriel                                )
Diaz, Juan                                   )
Diaz, Cynthia                                )
Diaz, Rosita                                 )
Diaz, Jose                                   )
Diaz, Tiersa                                 )
DiBitonto, Dean                              )
Dicken, Avichaim                             )
Diih, Sorle                                  )
Dilapi, Salvatore                            )
Dillon, Timothy                              )
DiNicola, Alain                              )
DiPaolo, Donato                              )
DiPilato, Mark                               )
DiPippo, Ronald                              )
Dirlik, Ebru                                 )
Ditomaso, William                            )
Dixon, Christopher                           )
Dixson, Robert                               )
Doiley, Letty                                )
Dolan, Brendan                               )
Dombrouschi, Eduard                          )
Dominguez, Freddy                            )
Dominguez, Hugo                              )
Dong, Lauren                                 )
Dongiglio, Jimmy                             )
Donnelly, Kevin                              )
Donnelly, Patrick                            )

Donohue, John )
Donovan, Matthew )
Doody, Daniel )
Doseau, Joel )
Downes, Sean )
Downey, John )
Downing, Eileen )
Drew, Timothy )
Dreyer, Stephen )
Drummond, Francis )
Dubeau, Alex )
Dubrosky, Paul )
Duffy, David )
Duncan, Garfield )
Dunleavy, Sean )
Dunleavy, Timothy )
Dunn, Michael )
Duque, Ruben )
Duque, Ruben )
Duran, Juan )
Durney, Corey )
Duta, Florin )
Ealey-Spam, Monica )
Earhart, David )
Eckert, Christopher )
Edelman, Craig )
Edness, Rasheda )
Edwards, Aaron )
Edwards, John )
Edwards, Dustin )
Egan, Kerri )
Eill, Jeremy )
Eisner, William )
Elie-Pierre, Raymond )
Ellis, Lawrence )
Elor, Anthony )
Encarnacion, Zoilo )
Eng, Brian )
Engel, Gregory )
Ennis, Joseph )
Eralte-Merejo, Jennifer )
Erbetta, Guiseppe )
Escobar, Carlos )
Espey, John )
Esposito, William )
Esposito, Steven )

Faello, Joseph                              )
Failla, Frank                               )
Faini, Edward                               )
Faison, Khadija                             )
Fallon, John                                )
Fallona, Michael                            )
Famighetti, Anthony                         )
Fares, Kassem                               )
Farrell, Raymond                            )
Farrell, Brian                              )
Farrell, Stephen                            )
Farrell, Brian                              )
Farrell, Christopher                        )
Farren, Justin                              )
Farrone, Michael                            )
Fastaia, Joseph                             )
Fazio, Damon                                )
Federico, Joseph                            )
Felder, Gloria                              )
Felipe, Carlos                              )
Felipe, Jahmel                              )
Feliz, Luisa                                )
Feliz, Katiuska                             )
Fenton, Nigel                               )
Feola, Melissa                              )
Fermin, Hugo                                )
Fernandez, Ysidro                           )
Fernandez, Jovanny                          )
Fernandez, Kenneth                          )
Ferrara, John                               )
Ferriso, John                               )
Ferruzola, David                            )
Fezza, Elena                                )
Ficano, Matthew                             )
Fields, Michael                             )
Figliozzi, Joseph                           )
Figueroa, Annette                           )
Figueroa, Miguel                            )
Figueroa, Angel                             )
Finch, Anthony                              )
Finn, Roderic                               )
Fiore, Nicholas                             )
Fisher, Robert                              )
Fisher, Michael                             )
Fisher, Frederick                           )
Fitzgerald, Patrick                         )

**Fitzpatrick, Patrick**                            )
**Fleming, Ermyne**                                )
**Fleming, William**                               )
**Flood, Gerard**                                  )
**Flood, Timera**                                  )
**Flores, Steve**                                  )
**Flynn, Robert**                                  )
**Flynn, John**                                    )
**Foley, Brian**                                   )
**Fong, Jun**                                      )
**Foster, Lauren**                                 )
**Fountoulakis, George**                           )
**Fourcell, Samantha**                             )
**Fox, Brian**                                     )
**Fox, Michael**                                   )
**Fox, James**                                     )
**Fox, Quentin**                                   )
**Franco, Isaac**                                  )
**Frangipane, Richard**                            )
**Fraser, Thomas**                                 )
**Fraser, Gordon**                                 )
**Fredericks, Waverly**                            )
**Fredrickson, Brian**                             )
**Freer, Joseph**                                  )
**Frettoloso, Christopher**                        )
**Freytes, Jesus**                                 )
**Frias, Jose**                                    )
**Friedman, Seth**                                 )
**Fristensky, George**                             )
**Frost, Robert**                                  )
**Frullani, Pierpaolo**                            )
**Fuentes, Hector**                                )
**Fulmore, Jerry**                                 )
**Fusaro, Anthony**                                )
**Fusco, Jeffrey**                                 )
**Gadalkina, Marina**                              )
**Gaglia, Joseph**                                 )
**Gagliardi, Thomas**                              )
**Gallagher, Peggy**                               )
**Gallagher, William**                             )
**Galletta, Michael**                              )
**Gallichio, Alfred**                              )
**Gallina, Marcelo**                               )
**Gallitelli, Robert**                             )
**Galo, Arthur**                                   )
**Galvin, James**                                  )

**Gambardella, Steven** )
**Gambardella, Thomas** )
**Gamble-James, Cathy** )
**Gammel, William** )
**Ganci, Giuseppe** )
**Gannon, Donald** )
**Gao, Xue** )
**Garay, Maritia** )
**Garbutt, Jeffrey** )
**Garcia, Kenny** )
**Garcia, German** )
**Garcia, Michael** )
**Garcia, Kim** )
**Garcia, Jay** )
**Garcia, Josue** )
**Garcia, Victor** )
**Garcia, Jerry** )
**Garcia, Priscilla** )
**Gardell, Stephen** )
**Garner, Leontyne** )
**Garra, Charles** )
**Garrity, Thomas** )
**Gattis, William** )
**Gatto, Anthony** )
**Gatto, Anthony** )
**Gaudio, Michael** )
**Gaughan, Michael** )
**Gautreaux, Jose** )
**Gay, Deborah** )
**Gaynor, Lorraine** )
**Gazzola, John** )
**Geller, Keith** )
**Gentile, Angelo** )
**Gentile, Diana** )
**Geoghan, Francine** )
**Geoghegan, Kevin** )
**George, Karl** )
**Geraldino, Clara** )
**Gerrity, James** )
**Giaconia, Michael** )
**Giangrandi, John** )
**Giangregorio, Sebastiano** )
**Giarrantano, Dominick** )
**Giddens, Ayanna** )
**Gierloff, Kevin** )
**Gigliotti, Natale** )

Gildea, Kevin                              )
Gilliard, Nyell                            )
Gilmartin, Michael                         )
Gilot, Rochener                            )
Gimenez, Martin                            )
Giorgi, Dean                               )
Gitto, Robert                              )
Glenn, Lanier                              )
Glynn, William                             )
Goitia, Jason                              )
Goldberg, Danielle                         )
Golden, Patrick                            )
Goldmeyer, Michael                         )
Goldsborough, Brian                        )
Goldstein, David                           )
Golubeva, Zoya                             )
Gomes, David                               )
Gomez, David                               )
Gomez, Ivan                                )
Gomez, Welinton                            )
Gomez, Raymond                             )
Gomez-Smith, Wendie                        )
Gong, Gregory                              )
Gong, Daniel                               )
Gonzalez, Marco                            )
Gonzalez, Paulina                          )
Gonzalez, Rose                             )
Gonzalez, Rosa                             )
Gonzalez, Carlos                           )
Gonzalez, Charisse                         )
Goodchild, Michael                         )
Goode, Timothy                             )
Gopaul, Sanjeev                            )
Gorman, Keith                              )
Gosling, Kristine                          )
Goss, Brian                                )
Gottlieb, Benjamin                         )
Graddick, Francis                          )
Graham, Brenda                             )
Graham, Shannon                            )
Grahofke, William                          )
Granahan, Michael                          )
Grant, Timothy                             )
Grasso, Johnny                             )
Grau, Robert                               )
Graves, Gregory                            )

Gravino, Nicholas )
Grayson, Kevin )
Greany, Vincent )
Green, Christopher )
Green, Cedric )
Green, Christopher )
Greene, George )
Greene, Stephen )
Griffin, Matthew )
Griffin, Ronald )
Griffith, Rohan )
Grillo, James )
Grimmett, Adam )
Grodin, John )
Grosin, Jeff )
Grycel, Dariusz )
Guach, Jason )
Guarneri, Michael )
Guerrero, Jose )
Guerrero Schwarz, Yesenia )
Guidice, Suzanne )
Guido, Joanne )
Guido, Peter )
Guiliani, Annette )
Gulinello, Christopher )
Gulinello, Margarette )
Gulinello, Brian )
Gulotta, Anthony )
Guthoff, Julie )
Gutierrez, Edwin )
Gutierrez, Edison )
Guzzo, John )
Habermehl, Ryan )
Haddican, Adrienne )
Hagan, Timothy )
Haines, Donald )
Hall, John )
Hamilton, William )
Han, Eileen )
Hanna, Jason )
Hannon, Mark )
Hanratty, Robert )
Hansen, James )
Haque, Shamsul )
Haren, Charles )
Harper, Gregory )

| | |
|---|---|
| **Harrington, Christopher** | ) |
| **Harrison, Matthew** | ) |
| **Harrison, Ayanna** | ) |
| **Harry, Robin** | ) |
| **Hart, Harvin** | ) |
| **Hartley, Stephen** | ) |
| **Hatzoglou, Peter** | ) |
| **Haug, Scott** | ) |
| **Hawkins, Raymond** | ) |
| **Hayden, Victoria** | ) |
| **Hayes, Judy** | ) |
| **Hayes, Kevin** | ) |
| **Haynes, Robert** | ) |
| **Healey, Richard** | ) |
| **Healy, Gabriel** | ) |
| **Heapes, Brendan** | ) |
| **Heavey, Kevin** | ) |
| **Hecht, Steven** | ) |
| **Heend, Doreen** | ) |
| **Heeren, Eric** | ) |
| **Hegarty, James** | ) |
| **Hegney, Richard** | ) |
| **Hellmer, George** | ) |
| **Helmer, Tyrone** | ) |
| **Henderson, Vane** | ) |
| **Henderson, Tisshawne** | ) |
| **Hennessy, Patrick** | ) |
| **Hepworth, James** | ) |
| **Herbert, Daniel** | ) |
| **Hergenhan, Thomas** | ) |
| **Hernandez, Luis** | ) |
| **Hernandez, George** | ) |
| **Hernandez, Antonio** | ) |
| **Hernandez, Rafael** | ) |
| **Hernandez, Luis** | ) |
| **Hernandez, Steven** | ) |
| **Hernandez, Rafael** | ) |
| **Hernandez, Maria** | ) |
| **Herrera, Daniel** | ) |
| **Herrera, Samuel** | ) |
| **Herrera, Selina** | ) |
| **Herrera, Edward** | ) |
| **Hetman, Christopher** | ) |
| **Heymann, Gary** | ) |
| **Hickman, Kishon** | ) |
| **Hicks, Ricky** | ) |

Hicks, Yasmin                                      )
Hicks, Ralph                                       )
Hidalgo, Josenny                                   )
Higgins, Christopher                               )
Hill, Scott                                        )
Hilliard, Kimberly                                 )
Hinds, Dion                                        )
Hines, Steven                                      )
Hines, Robin                                       )
Hinteman, Timothy                                  )
Hipple, James                                      )
Hirtzel, Christine                                 )
Ho, Mingfang                                       )
Hochstein, Jonathan                                )
Hoey, Michael                                      )
Hogan, William                                     )
Hogg, Robert                                       )
Holguin, Leonardo                                  )
Holmes, Estella                                    )
Holmes, Ian                                        )
Holmes, Lisa                                       )
Holochuck, Candie                                  )
Holzman, Ian                                       )
Hom, James                                         )
Hong, Steven                                       )
Hopkins, Clarence                                  )
Horai, Robert                                      )
Horlick, Peter                                     )
Hospedales, Jared                                  )
Houlahan, Daniel                                   )
Housen, Primrose                                   )
Houvener, Donald                                   )
Howard, Tasha                                      )
Howard, Michael                                    )
Howie, Judd                                        )
Hsieh, Peter                                       )
Huang, George                                      )
Hudon, Devon                                       )
Hughes, Ryan                                       )
Hughes, William                                    )
Hughes, Erin                                       )
Hum, Keith                                         )
Humburg, Mary                                      )
Hunt, Theresa                                      )
Hurrey, Ayanna                                     )
Hurtle, Richard                                    )

Hurwitt, Michael                                    )
Hussameldin, Haitham                                )
Hussey, Daniel                                      )
Hutchings, Shawn                                    )
Huttunen, Jorma                                     )
Hwang, Alexander                                    )
Hwang, Suk                                          )
Iannone, Anthony                                    )
Igoe, Patrick                                       )
Imperatrice, Joseph                                 )
Indiviglio, Chester                                 )
Ingigneri, Gregory                                  )
Inirio, Denny                                       )
Insalaco, Frank                                     )
Insigne, Armando                                    )
Ioveno, Jerry                                       )
Iqbal, Asif                                         )
Irwin, James                                        )
Isaac, Vallison                                     )
Islam, Fakrul                                       )
Isom, Genevieve                                     )
Ivolella, James                                     )
Jacelon, Gary                                       )
Jackson, James                                      )
Jackson, Tahira                                     )
Jackson, Cassandra                                  )
Jackson, Michael                                    )
Jacob, Kathleen                                     )
James, Elke                                         )
James, Sesame                                       )
James, Shantel                                      )
Janusz, Kevin                                       )
Jasmin, Roger                                       )
Javaruski, Eugene                                   )
Javier, Jonathan                                    )
Jaycox, Timothy                                     )
Jellen, Peter                                       )
Jeremenko, Tadeusz                                  )
Jeremiah, Jason                                     )
Jeronimo, Pamela                                    )
Jette, Joseph                                       )
Jewth, RamKumar                                     )
Jezsek, Kristopher                                  )
Jiminian, Sigifredo                                 )
Johnson, David                                      )
Johnson, Deric                                      )

Johnson, Wayne                              )
Johnson , Derrick                           )
Johnson , Christopher                       )
Johnson , Richard                           )
Johnson , William                           )
Jones, Richard                              )
Jones, Michael                              )
Jones, Christopher                          )
Jones, Dashawn                              )
Jorge, Radhimir                             )
Jose, Shaiju                                )
Joshua, Gelono                              )
Joyce, Jennifer                             )
Jugraj, Noel                                )
Jurgensen Jr., Kenneth                      )
Kakol, Michael                              )
Kalicovic, Bekim                            )
Kalin, David                                )
Kall, Robert                                )
Kaloudis, John                             )
Kang, Kenneth                               )
Karikari-awere, Kwadwo                      )
Karimzada, Mohammed                         )
Kaszovitz, Adam                             )
Katinas, Michael                            )
Kautter, Doug                               )
Kavanagh, Kevin                             )
Keane, Denis                                )
Kearney, James                              )
Kearns, Timothy                             )
Kee, Kevin                                  )
Keenan, Kevin                               )
Kelch, Timothy                              )
Keller, Kevin                               )
Kelley, Alfred                              )
Kelly, Christopher                          )
Kelly, Michael                              )
Kelly, James                                )
Kelly, Robert                               )
Kelly, Thomas                               )
Kelsch, William                             )
Kemp, Michelle                              )
Kennedy, Thomas                             )
Kennis, Christopher                         )
Kenny, Ryan                                 )
Khalil, Haytham                             )

Khealie, Nyya )
Khosh, Filipp )
Kienle, Scott )
Killilea, Shane )
Kim, Charlie )
Kim, Hwan )
Kim-Borowiec, Tayler )
Kindred, Karl )
King, Edward )
King, Jonathan )
King, Robert )
King, Darren )
Kinney, Stephen )
Kipp, Donald )
Kipp+R[374]C, Kwame )
Kissel, Walter )
Kitchen, Roland )
Klausner, Marc )
Klein, Christopher )
Klimkoski, Kristin )
Klubnick, Joseph )
Knapp, Rickie )
Knoetig, Melissa )
Koch, Christopher )
Koelbel III, Joseph )
Kogan, Vlad )
Koller, Joseph )
Kolovic, Ivan )
Komorsky, Kevin )
Konefal, Michael )
Koo, Andrew )
Korabel, Jonathan )
Kornbluth, Timothy )
Koutroumanos, Jimmy )
Kraft, Michael )
Krauss, Erik )
Kung, Steven )
Kurt, Cihan )
Kurys, Mark )
Kurz, Michael )
Kurz, Brian )
Kwok, Simon )
Lacalamita, Daniel )
Lachapell, Yahaira )
Ladyzhenskiy, Feliks )
Lafontant, Hans )

Lagares, Cynthia                          )
Lago, Alexander                           )
Lai, Fanking                              )
Lai, Jimmy                                )
Lai, Aaron                                )
Laird, Newell                             )
Laliberte, Keith                          )
Lally, Brendan                            )
Lam, Siu                                  )
Lambright, Pamela                         )
Lamendola, Joseph                         )
Lamendola, Loida                          )
Lanaro, Michael                           )
Lane, Andrew                              )
Lankamer, Mikolaj                         )
Laplanche, Jean-David                     )
Lappin, Robert                            )
Lappner, Paul                             )
Larkin, William                           )
LaRosa, Jeffrey                           )
LaRose, Thomas                            )
Latorre, Salvatore                        )
Lau, Eddie                                )
Lau, Michael                              )
Laureano, Laurismendy                     )
Laurore, Paterson                         )
Lavezzo, Peter                            )
Laviano, Joseph                           )
Lavino, Anthony                           )
Law, Enoch                                )
Lawrence, James                           )
Layton, Corey                             )
Layton, Denise                            )
Lazarus, Noreen                           )
Lazzara, Michael                          )
Leavey, Patrick                           )
LeBlanc, Louis                            )
Lebovic, Steven                           )
Lee, Clifford                             )
Lee, Demetrios                            )
Lee, Benjamin                             )
Lee, Dwayne                               )
Lee, Suk Jae                              )
Lee, Edward                               )
Lee, Glorisel                             )
Lee, Stacey                               )

Lee, Vincent                              )
Lee, Daniel                               )
Lei, Wei                                  )
Leighton, Finbarr                         )
Lenis, Edward                             )
Leon, Angel                               )
Leonard, Thomas                           )
Leontis, Robert                           )
Leto, James                               )
Leudesdorff, Karl                         )
Leung, Edward                             )
Levine, Arthur                            )
Levine, Ari                               )
Levitsky, Stanislav                       )
Levy, Erez                                )
Lewis, Kurt                               )
Lewis, John                               )
Lewis, Carlos                             )
Lewis, Lori                               )
Lian, Leon                                )
Licciardi, Charles                        )
Liguori, Vincent                          )
Lilavois, Clifford                        )
Liles, Jason                              )
Lim, Taejin                               )
Lino, Christopher                         )
Lippert, David                            )
Liz, Kelvin                               )
Locke, Gregory                            )
Lockel, Christopher                       )
Lodato, Michael                           )
Lonergan, Kevin                           )
Long, Gerard                              )
Longro, Joseph                            )
Looney, Michael                           )
Lopez, Vivian                             )
Lopez, Euclides                           )
Lopez, Andrew                             )
Lopez, Gerson                             )
Lopez, Freddy                             )
Lopez, Brian                              )
Lopez, Vivian                             )
Lopez, Luis                               )
Lopez, Juan                               )
Lopez, Adrienne                           )
Louissant, Gary                           )

Lovell, Wayne                              )
Loveras, Diogenes                          )
Loza, Fernando                             )
Lubrano, Erik                              )
Luciano, Jason                             )
Lucido, Salvatore                          )
Luis, Troy                                 )
Luizzi, John                              )
Lundy, Francine                            )
Lux, Jane                                  )
Lynch, Sean                                )
Lynch, Seth                                )
Lynch, Kevin                               )
Lynch, Kevin                               )
Lynn, Ruben                                )
Lyons, Patrick                             )
Maas, Ari                                  )
Macchio, Nicholas                          )
Machado, Luis                              )
Macias, Keith                              )
Mack, Darryl                               )
Maddalena, Michael                         )
Maddrey, Steven                            )
Madouros, Georgia                          )
Madrid, Fabian                             )
Magee, Daniel                              )
Maggiore, Vincent                          )
Magin, Brian                               )
Magluilo, Jerome                           )
Mahepath, Anthony                          )
Mai, Tin                                   )
Maibruch, Howard                           )
Maiello, Frank                             )
Maiorano, Carlo                            )
Maisonet, Albert                           )
Malcolm, Ryon                              )
Maldonado, Lesley                          )
Maldonado, Arlene                          )
Maldonado, Amado                           )
Malin, Timothy                             )
Maloney, Robert                            )
Mangome, Daniel                            )
Manigo, Denise                             )
Maniscalco, Salvatore                      )
Mannuzza, Sebastian                        )
Manzer, Alicea                             )

**Manzi, Chad**                                )
**Manzi, Joseph**                              )
**Mao, Shun-Ping**                             )
**Marchand, Gary**                             )
**Marchese, Vincent**                          )
**Marciante, Joseph**                          )
**Marco, Thomas**                              )
**Maresca, Douglas**                           )
**Marines, Luis**                              )
**Marino Jr., Anthony**                        )
**Marke, Miguel**                              )
**Marketos, Angelos**                          )
**Marks, Sean**                                )
**Marte, Sergio**                              )
**Martin, John**                               )
**Martin, Jean**                               )
**Martin, Andrew**                             )
**Martin, Jean**                               )
**Martin, John W.**                            )
**Martinez, Frances**                          )
**Martinez, Samuel**                           )
**Martinez, Stephanie**                        )
**Martinez, Andres**                           )
**Martinez, Jonathan**                         )
**Marty, Robert**                              )
**Mastandrea, Vito**                           )
**Masters, Edward**                            )
**Masterson, Christopher**                     )
**Mata, Wady**                                 )
**Mateo, Carmen**                              )
**Mateo-Jerez, John**                          )
**Matthews, Kevin**                            )
**Matthies, William**                          )
**Mauro, Joseph**                              )
**Maydwell, Joseph**                           )
**Mayo, Rebecca**                              )
**Mayo, Timothy**                              )
**McAllister, Brian**                          )
**McCall, Terrance**                           )
**McCann, James**                              )
**McCarthy, Patrick**                          )
**McCarthy, Thomas**                           )
**McClernon, Michael**                         )
**McCormack, Joseph**                          )
**McCormick, Caren**                           )
**McDonald, Charles**                          )

**McDonald, Anthony** )
**McElligott, Sean** )
**McElroy, Brian** )
**McEnroe, John** )
**McGarry, James** )
**McGeown, Brian** )
**McGhee, Roger** )
**McGlynn, Eileen** )
**McGovern, James** )
**McGovern, Matthew** )
**McGovern, Peter** )
**McGowan, Raymond** )
**McGowan, Edward** )
**McGuire, Steven** )
**McGuire, Patrick** )
**McHugh, Michael** )
**Mcintosh, Christopher** )
**McKay, Lisa** )
**McKenna, Scott** )
**McKenna, Stephen** )
**McKenna, Joseph** )
**McKenney, Teesha** )
**McKenney, Carlton** )
**McKenzie, Rohan** )
**Mclaine, Sean** )
**McLaughlin, Kevin** )
**McLoughlin, Thomas** )
**McMahon, William** )
**McMenamin, Brian** )
**McMillian, Kevin** )
**McMorrow, Erin** )
**McMullen, Damon** )
**McNair, Kenneth** )
**McNamara, Thomas** )
**McNamara, James** )
**McNeil, Daniel** )
**McNeill, Willie** )
**McNeill, Hugh** )
**McNeill, John** )
**McQueen-Whitley, Kynda** )
**McReynolds, Reginald** )
**McWalters, Thomas** )
**Meachan, Michael** )
**Medina, Hiram** )
**Medina, Marilyn** )
**Medina, Jaime** )

**Medina, Eric** )
**Medina, Tomas** )
**Medina, Jose** )
**Medrano, Mylene** )
**Meegan, Patrick** )
**Melhorn, Christine** )
**Mellusi, Adam** )
**Melrose, William** )
**Memoli, David** )
**Mendez, Daniel** )
**Mendez, Joshua** )
**Mendoza, Sylvia** )
**Mentore, Ronald** )
**Menze, Matthew** )
**Meola, Gerardo** )
**Mercado, Adam** )
**Mercado, Hector** )
**Mercedes, Nehemia** )
**Merizalde, Erik** )
**Merrick, Vance** )
**Merrill, Michael** )
**Meyer, Raymond** )
**Michel, Jessica** )
**Michel, Mario** )
**Midwood, Lisa** )
**Mienert, Rodolfo** )
**Migliardi, Jon** )
**Mikowski, Marianne** )
**Mikulus, Peter** )
**Miller, Daniel** )
**Miller, Richard** )
**Miller, David** )
**Miller, Michael** )
**Miller, Stacey** )
**Miller, Joseph** )
**Mills, Juanita** )
**Mills, John** )
**Milne, Scott** )
**Milone, Ralph** )
**Mims, Wayne** )
**Mims, Maryann** )
**Minaya, Tara** )
**Mineo, Joseph** )
**Miranda, Daniel** )
**Mirkin, Boris** )
**Mitchell, Rodney** )

Moakley, Michael                                    )
Moccaldi, Anthony                                   )
Mock, Mario                                         )
Modestil, Richard                                   )
Mohan, Dewkoemar                                    )
Momplaisir, Rose                                    )
Monahan, Kenneth                                    )
Moncayo, Francisco                                  )
Monkowski, Matthew                                  )
Monroe, Stephen                                     )
Montaperto, John                                    )
Montauredes, Jonathan                               )
Montello, Richard                                   )
Montesquien, Alex                                   )
Montez, Efrain                                      )
Monzon, David                                       )
Moon, Joongsik                                      )
Mora, Cesar                                         )
Morales, Vincent                                    )
Morales, Feliciana                                  )
Morali, Solomon                                     )
Moran, Michael                                      )
Moran, Jason                                        )
Moran, James                                        )
Moreau, Eddy                                        )
Moreau, Donice                                      )
Morel, Wendy                                        )
Moreno, Mario                                       )
Morgan, Donald                                      )
Morretta, Matthew                                   )
Morris, Angela                                      )
Morris, Scott                                       )
Morrisey, Francis                                   )
Morrissey, Stephen                                  )
Morrissey, William                                  )
Morselli, Louis                                     )
Moryc-Dziubek, Milena                               )
Mosca, Robert                                       )
Mosiurchak, Kevin                                   )
Mosquea, Andy                                       )
Motto, Kimberly                                     )
Moultrie, Latoya                                    )
Mourad, Mourad                                      )
Moy, Jack                                           )
Moye, Kenya                                         )
Mueller, Daniel                                     )

Mui, Tat                                    )
Mulham, Donald                              )
Mulham, Cara                                )
Mullen, Allison                             )
Muller, James                              )
Muller, Joseph                             )
Muller, Christopher                        )
Munley, Molly                              )
Munoz, Alex                                )
Munoz, Vanessa                             )
Munoz, Francisco                           )
Munoz, Adan                                )
Muratori, Peter                            )
Murphy, Ryan                               )
Murphy, William                            )
Murphy, Michael                            )
Murphy, Brian                              )
Murphy, Annemarie                          )
Murphy, Harold                             )
Murray, Thomas                             )
Murray, Christopher                        )
Murtagh, Tameka                            )
Murtha, Kevin                              )
Musse, Jenny                               )
Myrthil, Alan                              )
Nadel, Ian                                 )
Namour, Alexandre                          )
Napolean, Johnny                           )
Napolitano, Joseph                         )
Nappi, Neil                                )
Narbutt, Michael                           )
Nasierowski, Ross                          )
Nasso, Dominick                            )
Natale, Bryan                              )
Natoli, Brian                              )
Nazario, Nelson                            )
Negcon, Samuel                             )
Negron, Wanda                              )
Negus, William                             )
Nelson, Stephen                            )
Neon, Novaidul                             )
Neri, Matthew                              )
Neumann, Andrew                            )
Nevels, Kareema                            )
Newshan, Bryan                             )
Newton, Rachelle                           )

Ng, Edward                                    )
Ng, James                                     )
Ng, Haklin                                    )
Ng, Raymond                                   )
Ng, Jack                                      )
Ng, Phillip                                   )
Nicastro, Carmine                             )
Nicastro, Christine                           )
Nieves, Ernesto                               )
Nieves, Lissette                              )
Nieves, Carlos                                )
Nikiforidis, Evangelos                        )
Nivar, Alexander                              )
Nolan, Kevin                                  )
Nolan, Gabrielle                              )
Nolasco, Hector                               )
Nomani, Mohammad                              )
Nonnon, James                                 )
Noonan, Kenneth                               )
Noonan, Brian                                 )
Noor, Mizbah                                  )
Nowak, Marek                                  )
Nunez, Marino                                 )
Nunez, Johnny                                 )
Nunez, Franny                                 )
Nunez, Oscar                                  )
O'Brien, Eddie                                )
O'Brien, James                                )
Ocasio, Henry                                 )
O'Connell, Timothy                            )
O'Connor, Michael                             )
O'Connor, John                                )
O'Donnell, Kevin                              )
O'Donnell, Mary                               )
O'Donnell, Mary                               )
O'Dougherty, Michael                          )
O'Grady, Daniel                               )
Oh, Paul                                       )
O'Hara, Sean                                  )
O'Hare, Michael                               )
O'Keefe, Siobhon                              )
O'Keeffe, Cornelius                           )
Olavarria, John                               )
O'Leary, Tara                                 )
Olfano, Eric                                  )
Olic, Jure                                    )

Oliva, Christian                              )
Ollivierre, Nimrod                            )
Olsen, Timothy                                )
O'Neill, James                                )
Orecchio, Joseph                              )
Orellana, Johnny                              )
Orenstein, Scott                              )
Orenstein, Jeremy                             )
Orion, Pierre                                 )
Orlando, Daniel                               )
Ormond, Thomas                                )
Orsini, Luis                                  )
Ortiz, Daniel                                 )
Ortiz, Jorge                                  )
Ortiz, Margaret                               )
Ortiz, Ginger                                 )
Ortiz, Juan                                   )
Ortiz, Raymond                                )
Ortiz, John                                   )
Ortiz II, Esteban                             )
Ortiz Jr., Felix                              )
Orzano, Richard                               )
Osborne, Sandrina                             )
Osbourne, David                               )
Osorio Hernandez, Wilfredo                    )
Osso, Frank                                   )
O'Sullivan, John                              )
O'Sullivan, Brendan                           )
O'Sullivan, John                              )
O'Sullivan, Michael                           )
O'Sullivan, John                              )
O'Sullivan, Michael                           )
Otero, Robert                                 )
Otoo, Edmund                                  )
O'Toole, Brian                                )
Ovando, Patricio                              )
Owen, Andrew                                  )
Ozborn, James                                 )
Ozuna, Angeline                               )
Pabon, Jessica                                )
Padilla, Reynaldo                             )
Paese, Joseph                                 )
Pagano, Gabriel                               )
Pagano, Joseph                                )
Pal, Victor                                   )
Pal, Victor                                   )

Palazzo, John )
Palermo, Dominic )
Palermo, John )
Palmer, Dwayne )
Palusko, Eric )
Pan, Tzuchin )
Pandullo, Frank )
Pandullo, Frank )
Panetta, Anthony )
Panico, Joseph )
Panopoulos, Alkiviadis )
Papola, Lawrence )
Pappas, Johanna )
Paradise, Christopher )
Parfenoff, Andrew )
Parham, Titus )
Parisi, Michael )
Parker, Shavon )
Pasquale, Christopher )
Pastrana, Rolando )
Pastrana, Jesus )
Patterson, Sheila )
Patterson, Michael )
Patterson, John )
Pavelchak, Daniel )
Pavic, Thomas )
Payne, Jamil )
Pedevillano, Marc )
Pedraza, Jaime )
Peguese, Melody )
Pellati, Dante )
Pellegrin, Michael )
Pellerin, Justin )
Pena, Agy )
Pena, Eduardo )
Pendleton, Lael )
Penniston, Odo )
Pepe, Kenneth )
Pepe, Anthony )
Peragine, Vincent )
Peralta, Edgar )
Peralta, Denise )
Perez, Laura )
Perez, Eric )
Perez, Ronald )
Perez, Iris )

**Perez, Francisco**                           )
**Perez, Rigoberto**                           )
**Pericone, Wesley**                           )
**Perkins, Joan**                              )
**Perkins, Heather**                           )
**Perkowski, Wojciech**                        )
**Pernicone, Gregory**                         )
**Perrella, James**                            )
**Perrotto, Joseph**                           )
**Perry, Timothy**                             )
**Perry, Diana**                               )
**Perry, Timothy**                             )
**Perry, Charles**                             )
**Peters, Anthony**                            )
**Peterson, David**                            )
**Petkovits, Angelo**                          )
**Petrino, Darren**                            )
**Peyer, Jonathan**                            )
**Phelan, Christopher**                        )
**Phelan, James**                              )
**Phelan, Kevin**                              )
**Picciano, Philip**                           )
**Piccolo, Anthony**                           )
**Pichardo, Diana**                            )
**Pierre, Bruno**                              )
**Pignatelli, Richard**                        )
**Pilla, Jason**                               )
**Pineda, Frederick**                          )
**Pinkhasov, Igor**                            )
**Pinto, Michael**                             )
**Pisano, Karen**                              )
**Pizzo, Christopher**                         )
**Pizzuta, Paul**                              )
**Pizzuto, Daniel**                            )
**Plaia, Vito**                                )
**Pletka, Cole**                               )
**Plunkett, Silas**                            )
**Poejo, John**                                )
**Poejo, Victor**                              )
**Poggioli, David**                            )
**Polanco, Maryann**                           )
**Polanco, William**                           )
**Polanco, Cesar**                             )
**Polanco, Teodor**                            )
**Policastro, Carey**                          )
**Pollari, Joseph**                            )

**Pomilla, Francesco** )
**Ponce Jr., William** )
**Pooran, Sonia** )
**Portalatin, John** )
**Portalatin, Theresa** )
**Portelli, Mark** )
**Porter, Chermaine** )
**Porto, Richard** )
**Potter, Kurt** )
**Powell, Scott** )
**Prasad, Nikki** )
**Prenderqast , Liliana** )
**Prenderqast , Paul** )
**Prentice, Kevin** )
**Preudhomme, Tasha** )
**Previte, Jason** )
**Primiano, John** )
**Prince-Mccoade, Princess** )
**Profeta, Joseph** )
**Proscia, Anthony** )
**Proscio, Charles** )
**Pross, John** )
**Pryce, Dian** )
**Pryer, Gregory** )
**Pryor, Buxton** )
**Puello , Miguelina** )
**Pugh, Shamika** )
**Pugni, Richard** )
**Pulizzotto, Salvatore** )
**Pulizzotto, Francesco** )
**Query, Brian** )
**Quigley, Patrick** )
**Quiles, Wilson** )
**Quiles, Carmelo** )
**Quinn, Brendan** )
**Radoncic, Adnan** )
**Ragab, Diana** )
**Ragsdale, Tracy** )
**Raldirez, William** )
**Ramirez, Daisy** )
**Ramirez, Ana** )
**Ramirez, Adonis** )
**Ramoutar, Gurudeo** )
**Randazzo, Alberto** )
**Ranieri, Vincent** )
**Ransome, Suzanne** )

Raso, Michael                              )
Raso, Antoinette                           )
Rau, Thomas                                )
Ray-Lombardo, Nedra                        )
Reda, Joseph                               )
Redmond, Joseph                            )
Reed, Thomas                               )
Reese, Shanee                              )
Regnier, Marika                            )
Rehman, Zaka                               )
Reich, Brian                               )
Reich, Brian                               )
Reid, Andrew                               )
Reid, Haaziq                               )
Reilly, Michael                            )
Reilly, Thomas                             )
Reilly, David                              )
Reiman, Edward                             )
Reimbeau, Jude                             )
Reinecke, Michael                          )
Reiser, Scott                              )
Rendon, John                               )
Rex, Anthony                               )
Reyes, Matilde                             )
Reyes, Antonio                             )
Reyes, Reynaldo                            )
Reyes, Frederick                           )
Rhambarose, Premchand                      )
Rich, Gary                                 )
Richardson, Marc                           )
Richardson, Jovita                         )
Ricupero, Michael                          )
Rieger, Michael                            )
Riley, Kelly                               )
Riley-Sherrod, Dawn                        )
Rinaldi, Stephen                           )
Rinaldi, Frank                             )
Rios, Steven                               )
Rios, Kelly                                )
Rippe, George                              )
Rivera, Ann                                )
Rivera, Israel                             )
Rivera, Ferdinand                          )
Rivera, Jessica                            )
Rivera, Eduardo                            )
Rivera, Felix                              )

**Rivera, Kimio**                                          )
**Rivera, Denise**                                         )
**Rizzo, Steven**                                          )
**Roberts, Walter**                                        )
**Roberts, Karen**                                         )
**Robinson, Eric**                                         )
**Roche, Christopher**                                     )
**Roche, Eduardo**                                         )
**Rodenas, James**                                         )
**Rodin, Russell**                                         )
**Rodriguez, Braulio**                                     )
**Rodriguez, Francis**                                     )
**Rodriguez, Julissa**                                     )
**Rodriguez, Wilbert**                                     )
**Rodriguez, Alvin**                                       )
**Rodriguez, Adrienne**                                    )
**Rodriguez, Charles**                                     )
**Rodriguez, Fidel**                                       )
**Rodriguez, Flavio**                                      )
**Rodriguez, Andres**                                      )
**Rodriguez, Jose**                                        )
**Rodriguez, Jose**                                        )
**Rodriguez, Javier**                                      )
**Rodriguez, Jeffrey**                                     )
**Rodriguez, David**                                       )
**Rodriguez, Steven**                                      )
**Rodriguez, Frank**                                       )
**Rodriquez, Jeffrey**                                     )
**Roe, Andrew**                                            )
**Rogers, Besemah**                                        )
**Rojas, Zandro**                                          )
**Rojecki, John**                                          )
**Romain, Patrick**                                        )
**Roman, Wakisha**                                         )
**Romance, Richard**                                       )
**Romano, Salvatore**                                      )
**Romero, Ludwig**                                         )
**Rondo, Anastasia**                                       )
**Rosa, Noel**                                             )
**Rosa, John**                                             )
**Rosado, Martha**                                         )
**Rosario, Elvis**                                         )
**Rosario, Nesquelma**                                     )
**Rosario, Williams**                                      )
**Rosario, Felix**                                         )
**Rosario, Moises**                                        )

Rosario, Mary                                   )
Rosenberg, Jeffrey                              )
Rosenberg, Chad                                 )
Rossita, Thomas                                 )
Rosso, Joseph                                   )
Rostkowski, William                             )
Rothenbucher, Michael                           )
Rothman, Adam                                   )
Rouzinos, Teddy                                 )
Roventini, Danielle                             )
Rubinstein, Erik                                )
Ruggiero, Nicole                                )
Ruggiero, Robert                                )
Rusielewicz, Raymond                            )
Russo, Dennis                                   )
Russo, Andrew                                   )
Russo, Kenneth                                  )
Russo, Michael                                  )
Ryabinin, Andriy                                )
Ryan, Rosa                                      )
Ryan, John                                      )
Rzonca, Jon-Kristian                            )
Sagnelli, Michael                               )
Salato, Anthony                                 )
Saleh, Majer                                    )
Salice, Michael                                 )
Salomons, Jonathan                              )
Sambriski, Michael                              )
Sammon, Joseph                                  )
Samudio, Wanda                                  )
Samuel, Matthews                                )
Samuels, Eric                                   )
Sanabria, Abraham                               )
Sanchez, Israel                                 )
Sanchez, Lorraine                               )
Sanchez, Adam                                   )
Sanchez, Victor                                 )
Sanchez, Miguel                                 )
Sanders, Richard                                )
Sanders, Sharisse                               )
Sandseth, Eric                                  )
Sanford, Joseph                                 )
Sannasardo, Robert                              )
Santiago, Harry                                 )
Santiago, Richard                               )
Santiago, Joseph                                )

**Santiago, Sammy** )
**Santiago, Roberto** )
**Santiago, Adrian** )
**Santoli, Patrick** )
**Santos, Javier** )
**Santos, Valerie** )
**Santos, Yajaira** )
**Sarao, Steven** )
**Sariego, Luis** )
**Sarracino, Guadalupe** )
**Sarubbi-Barcia, Aleandra** )
**Saunders, Michelle** )
**Saviano, Joseph** )
**Sawers, Ron** )
**Sawicki, Gerard** )
**Scanlon, Damian** )
**Scantlebury, Erik** )
**Scaparro, Michael** )
**Scavelli, Guy** )
**Schachtel, Peter** )
**Schelberger, Kristine** )
**Scheublin, Jeremy** )
**Schindlar, Curt** )
**Schuddle, Erika** )
**Schulz, Peter** )
**Schupp, John** )
**Schwagger, Marni** )
**Schwartz, Martin** )
**Schwarz, Daniel** )
**Sciacca, Daniel** )
**Scianna Jr., Kenneth** )
**Sciascia, John** )
**Scire, Joseph** )
**Scocca, Paul** )
**Scott, Christopher** )
**Scurro, James** )
**Sealy, Kelley** )
**Seda, Lisa** )
**Sedeniussen, Eric** )
**Seeley, Andrew** )
**Seguinot, Victor** )
**Seidel, Erik** )
**Seiling, Michael** )
**Selsey, Marcy** )
**Seminara, Joseph** )
**Sena, Michael** )

**Seppa, Christine** )
**Serrano, Joseph** )
**Serrano, Anna** )
**Sestito, Anthony** )
**Sexton, Maria** )
**Seymour, Wendel** )
**Shafidiya, Beatrice** )
**Shanahan, Kevin** )
**Sharma, Ruth** )
**Sharpe, Christopher** )
**Shaughnessy, James** )
**Shea, Kevin** )
**Shea, Patrick** )
**Sheahan, Richard** )
**Sheehan, Matthew** )
**Sheldon, Timothy** )
**Shen, Kaymoon** )
**Shepherd, Bobby-Lorne** )
**Sheppard, Tarik** )
**Shigri, Shazad** )
**Shirvis, Joseph** )
**Shopiro, Alexander** )
**Shovlin, Brendan** )
**Siculiano, John** )
**Siedman, Richard** )
**Siegel, Neil** )
**Sien, Tracy** )
**Siliato, Mark** )
**Silva, Eduardo** )
**Silvera, Taneese** )
**Silvester, Edward** )
**Simmons, Howard** )
**Simons, Jonathan** )
**Sinatra, Michael** )
**Singh, Harjit** )
**Siragusa, Jason** )
**Sitro, Peter** )
**Sloan, John** )
**Small, Edmund** )
**Smirnov, Andrey** )
**Smith, Matthew** )
**Smith, Thomas** )
**Smith, Edward** )
**Smith, Carol** )
**Smith, George** )
**Smith, Dwight** )

Smith, Lakeisha                                  )
Smith, Thomas                                    )
Smithson, Terrence                               )
Smithwick, Oneil                                 )
Smyth, Patrick                                   )
Sohan, Kurinne                                   )
Solarsh, Mitchel                                 )
Solcany, Stephen                                 )
Soldo, Robert                                    )
Song, Edward                                     )
Sonnenberg, Eric                                 )
Soreco, Carl                                     )
Sorensen, Frank                                  )
Soto, Ruben                                      )
Soto, Lourdes                                    )
Sparber, Brian                                   )
Spataro, Stephen                                 )
Spencer, Janine                                  )
Sperrazza, Stephen                               )
Spitzfaden, Thomas                               )
Spring, Elizabeth                                )
Springer, Euborne                                )
Sprolling, Jennifer                              )
Spurrell, Bernadette                             )
Stanchic, John                                   )
Statsinski, Peter                                )
Stclair, Sean                                    )
Steck, Robert                                    )
Steele, Latavia                                  )
Steele, Kevin                                    )
Steiner, Mark                                    )
Stephens, Thomas                                 )
Stevko, John                                     )
Stewart, Keith                                   )
Stewart-Perry, Qunda                             )
Stoll, Julie                                     )
Stolzer, Michael                                 )
Stone, Cheryl                                    )
Stover, Nicole                                   )
Strang, Bruce                                    )
Stratmann, Adrienne                              )
Strom, David                                     )
Strong, Matthew                                  )
Stubbing, John                                   )
Stueckenschneider, Jon                           )
Styron, Scott                                    )

**Sucre, Jason** )
**Suero, Elvis** )
**Sullivan, Timothy** )
**Sullivan, Sherlisa** )
**Sullivan, George** )
**Sullivan, Candida** )
**Sullivan, Terrence** )
**Sullivan, David** )
**Summa, Montgomery** )
**Summa, Shereen** )
**Summers, Eileen** )
**Surujballi, Sheival** )
**Swicicki Jr., Thomas** )
**Swystun, Juan** )
**Sykes, Reginald** )
**Sykora, Michael** )
**Tacorante, Melissa** )
**Talvy, Steven** )
**Tamayo, Dino** )
**Tan, Jian** )
**Taormina, Salvatore** )
**Tarafa, Marilyn** )
**Tavarez, Jorge** )
**Tavella, Ralph** )
**Taveras, Katherine** )
**Taveras, John** )
**Taylor, Jesse** )
**Taylor, Joseph** )
**Teitler, Mark** )
**Telesco, Tony** )
**Terlinsky, Jesse** )
**Termine, Glenn** )
**Terpos, Philip** )
**Terrano, Vincent** )
**Thomas, Hayden** )
**Thomason, Tamika** )
**Thompson, Craig** )
**Thompson, John** )
**Thompson, Deborah** )
**Thornton, Craig** )
**Thweatt Jr., Jeffery** )
**Tierney, Dennis** )
**Timofeev, Sergey** )
**Tinajero, Kenneth** )
**Tingue, Moise** )
**Toal, John** )

**Tobin, Gregory** )
**Tolson Jr., Andrew** )
**Tomasulo, Stephen** )
**Torpey, Michael** )
**Torrellas, Robert** )
**Torres, Alexander** )
**Torres, Jeannette** )
**Torres, Victor** )
**Torres, Antonio** )
**Torres, Richard** )
**Torres, Arnold** )
**Torres, Adam** )
**Toth, Joseph** )
**Toussaint, Michael** )
**Trabulsy, James** )
**Tracey-Donato, Margaret** )
**Tracy, Lourdes** )
**Trapani, Paul** )
**Treanor, Leslie** )
**Trotta, James** )
**Truffon, George** )
**Trzcinski, John** )
**Tsoukias, Paul** )
**Tucker, Ty** )
**Tuckett, Lyndon** )
**Tunick, Daniel** )
**Tuozzolo, Paul** )
**Turchio, Michael** )
**Turner, Mark** )
**Turner, Mark** )
**Turner, Michele** )
**Turner, Jesse** )
**Turner, Thomas** )
**Turner, Sean** )
**Tuthill, Shawn** )
**Twachtman, William** )
**Tysdal, Kenneth** )
**Unverzagt, William** )
**Urbina, Ernest** )
**Urena, Rafael** )
**Urizzo, Andrew** )
**Ursini, Nicholas** )
**Vacarr, Michael** )
**Valad, Javad** )
**Valdez, Ramon** )
**Valinchus, Darryl** )

Valle, Joseph )
Van Dyke, Nicholas )
VanBrakle, Olga )
Vargas Jr., Hipolito )
Vasquez, Stephanie )
Vasquez, Carlos )
Vaughn, Melisa )
Vaughn, Rashawn )
Vazquez, Mark )
Vazquez, John )
Vazquez, Miguel )
Vazquez, Deborah )
Vecchio, James )
Vega, Jose )
Vega, Rodney )
Vega Jr., Hector )
Velez, Lisa )
Velez, David )
Velez, Angel )
Velez, Omar )
Velez, Mark )
Veloz, Roberto )
Veloz, Javier )
Vento, Michael )
Ventura, Louis )
Vera, William )
Verderosa, Joseph )
Vereline, Joseph )
Vergin, Jean )
Vetell, Thomas )
Vicente, Michael )
Viera, Carlos )
Villagran, Luis )
Villalba Jr., Ismael )
Villanueva, Jose )
Vines, Jason )
Viola, Christopher )
Visco, Valerie )
Vitale, Benedict )
Vitale, Salvatore )
Vitale, Louis )
Vivar, Diego )
Volpe, John )
Volpicella, Michael )
Vomero, Richard )
Vultaggio, Michael )

Wachter, Mark                                    )
Wahlig, Thomas                                   )
Waki, Ryota                                      )
Walker, Gerard                                   )
Walker, Sean                                     )
Wall, Richard                                    )
Walls, Gabrielle                                 )
Walsh, Jennifer                                  )
Walsh, Matthew                                   )
Walsh, Thomas                                    )
Walsh, Kathleen                                  )
Walsh, Valerie                                   )
Walsh, Sean                                      )
Walsh, Jeanine                                   )
Walter, Eileen                                   )
Walters, Jamie                                   )
Ward, Keisha                                     )
Warnett, Ronald                                  )
Warren, John                                     )
Warren, Thomas                                   )
Warren, Edward                                   )
Washington, Voneric                             )
Watson, Cynthia                                  )
Weck, James                                      )
Weiner, Peter                                    )
Weir, Darryl                                     )
Welsh, Scott                                     )
Wendelken, Gerald                                )
Wheeler, Willie                                  )
Wheeler, Stephen                                 )
Wheeler, Edward                                  )
Wheeler, James                                   )
White, Paul                                      )
White, Merle                                     )
White, Mindy                                     )
White, Deirdre                                   )
White Jr., Joseph                                )
Whitely, Marcia                                  )
Wilde, Thomas                                    )
Wilhelmy, Ronald                                 )
Willabus, Winston                                )
Williams, Philip                                 )
Williams, Michael                                )
Williams, Stephen                                )
Williams, Maurice                                )
Williams, Zahid                                  )

Williams, LaTonya                         )
Wilson, Ronald                            )
Wilson, Paul                              )
Wilson-Valis, Laverne                     )
Wilt, Richard                             )
Wingate, Donald                           )
Wingfert, Martin                          )
Winrow, Brian                             )
Winston, Candra                           )
Wise, Audrey                              )
Wit, Christopher                          )
Wong, Phillip                             )
Wong, Andy                                )
Wong, Matthew                             )
Wong, Peter                               )
Woo, Michael                              )
Woodley, Joseph                           )
Woods, Kevin                              )
Worobey, Erik                             )
Wowk, Christopher                         )
Wright, Colby                             )
Wynne, Conor                              )
Wynne, Michael                            )
Xenakis, Stanley                          )
Yakatally, Amir                           )
Yeh, Kevin                                )
Yip, Allan                                )
Young, Jamie                              )
Young, Paul                               )
Young, Jamie                              )
Yu, David                                 )
Yu, Sze-Hon                               )
Zabo, Donna                               )
Zacarese, Richard                         )
Zaheer, Sulman                            )
Zakian, Harry                             )
Zanetis, Steven                           )
Zanleone, Michael                         )
Zedalis, Ronald                           )
Zeitler, Brenda                           )
Zektser, Aleksandr                        )
Zelikov, Vitaliy                          )
Zeng, Guang                               )
Zhen, Jun                                 )
Zheng, Sam                                )
Zheng, Ming                               )



| | |
|---|---|
| Zirhinger, Mark ) | |
| Zisel, Robert ) | |
| Zollo, Daniel ) | |
| Zuber, Neil ) | |
| Zweben, Howard ) | |
| Zwickis, Robert ) | |
| ) | |
| **Plaintiffs,** ) | |
| **v.** ) | **12-cv-02957-SAS ECF CASE** |
| ) | |
| **CITY OF NEW YORK and THE** ) | |
| **NEW YORK CITY POLICE** ) | |
| **DEPARTMENT** ) | |
| ) | |
| **Defendants.** ) | |

## COMPLAINT

### INTRODUCTION

Plaintiffs, by and through their counsel, the law firm of Woodley & McGillivary, for their complaint against the City of New York ("New York City") and the New York City Police Department ("NYPD")(hereinafter collectively referred to as "defendants"), state as follows:

### PARTIES

1. Plaintiffs are, and at all times material herein have been, employed by defendants in the position of sergeant in the New York City Police Department. Plaintiffs bring this action for a declaratory judgment, back pay and other relief pursuant to 29 U.S.C. § 207, 29 U.S.C. § 216(b), and 28 U.S.C. § 1331 to remedy the defendant's willful and unlawful violations of federal law complained of herein.

2. Plaintiffs are identified in the caption of the Complaint and have given their written consent to be party plaintiffs in this action pursuant to 29 U.S.C. § 216(b).

Such written consents are appended to this Complaint in Appendix A.  These written consent forms set forth each plaintiff's name and address.

3.   Each of the plaintiffs in this action while employed by defendants has been an "employee" within the meaning of the Fair Labor Standards Act (FLSA), 29 U.S.C. Section 203(e)(1).

4.   Defendant New York City is, among other things, a juridical entity amenable to suit under the FLSA in that it is, and was at all times material hereto, a public agency within the meaning of Section 3(x) of the FLSA, 29 U.S.C. § 203(x). New York City has a principal office and place of business located at Broadway and Park Row, New York, New York, 10007, and may be served with process by serving the Office of Corporation Counsel, 100 Church Street, New York, 10007.

5.   Defendant New York Police Department ("NYPD") is an administrative division of New York City and is, among other things, a juridical entity amenable to suit under the FLSA in that it is, and was at all times material hereto, a public agency within the meaning of Section 3(x) of the FLSA, 29 U.S.C. §203(x). The NYPD's principal office is located at One Police Plaza, New York, New York, 10038.

**JURISDICTION AND VENUE**

6.   This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1331 and 29 U.S.C. § 216(b).

7.   Venue is proper in this district pursuant to 28 U.S.C. § 1391.

**CLAIMS**

8.  At all times material herein, and since April 12, 2009, as well as before, the plaintiffs have worked within the NYPD for defendants in the position of sergeant.

9.  Within the last three years and continuing to date, while working in the position of sergeant on behalf of defendants, plaintiffs' job duties are to perform work protecting and serving the public including but not limited to responding to 911 emergency calls, making arrests, patrolling sites that are potential terrorist targets, writing citations, conducting investigations, apprehending suspects, serving warrants, resolving domestic disputes, conducting patrols, backing up other police officers who are making arrests, guarding and transporting prisoners, and testifying before grand juries, court hearings and trials.

10. While working in the position of sergeant on behalf of defendants, plaintiffs have worked in excess of 40 hours per week, including many occasions in which plaintiffs have worked in excess of 43 hours per week, 86 hours in a biweekly pay period and 171 hours in a 28 day period.

11. During the times that plaintiffs have worked in excess of 40 hours per week as well as those occasions in which they have worked in excess of 43 hours per week, 86 hours in a biweekly pay period or 171 hours in a 28 day period, defendants have failed to provide plaintiffs with the rights and protections provided under the FLSA, including overtime pay at the rate of one and one-half times their regular rates of pay for all hours plaintiffs have worked in excess of the hourly standards set forth under 29 U.S.C. §§ 207(a) and (k), and as

mandated by the Second Circuit's decisions in *Mullins v. City of New York*, Case No. 09-3435.

12. During the work periods in which defendants have suffered or permitted plaintiffs to work hours in excess of the hourly standards for overtime set forth under both Section 7(a) and Section 7(k) of the FLSA, 29 U.S.C. §§ 207(a) and (k) and as mandated by the Second Circuit's decisions in *Mullins v. City of New York*, 09-3435, defendants have failed to provide plaintiffs with the rights and protections provided under the FLSA, by failing to pay overtime at the rate of one and one-half times their regular rates of pay for all hours plaintiffs have worked overtime in excess of the hourly standards for overtime set forth in the FLSA.

13. Section 207(a) and (k), as well as the regulations of the U.S. Department of Labor, 29 CFR Part 778, *et seq.*, require that all forms of remuneration be included in the rate at which FLSA overtime is paid, with some limited exceptions.  Defendants have failed to include certain premium payments that are made in addition to employees' regular pay in the regular rate of pay at which overtime pay is calculated for the plaintiffs and other employees similarly situated, as required under the law.

14. By failing to pay the plaintiffs and other employees similarly situated the overtime pay required under the law, and by failing to properly compute the employees' regular rate of pay at which overtime pay is calculated, the defendants have violated and are continuing to violate in a willful and intentional manner the provisions of the FLSA.  In particular, plaintiffs note that defendants were ordered by the Second Circuit's decision in *Mullins v. City of New York,*

Case No. 09-3435, to treat the plaintiff sergeants as FLSA non-exempt, but defendants have failed to do so.  As a result, at all times material herein, the plaintiffs have been unlawfully deprived of overtime compensation and other relief for the maximum period allowed under the law.

15. As a result of the defendants' willful and purposeful violations of the FLSA, there have become due and owing to the plaintiffs an amount that has not yet been precisely determined.  The employment and work records for the plaintiffs are in the exclusive possession, custody and control of defendants and its public agencies and the plaintiffs are unable to state at this time the exact amount owing to them.  Defendants are under a duty imposed under the FLSA, 29 U.S.C. § 211(c), and various other statutory and regulatory provisions to maintain and preserve payroll and other employment records with respect to the plaintiffs and other employees similarly situated from which the amount of defendants' liability can be ascertained.

16. Pursuant to 29 U.S.C. § 216(b), plaintiffs are entitled to recover liquidated damages in an amount equal to their back pay damages for the defendants' failure to pay overtime compensation.

17. Plaintiffs are entitled to recover attorneys' fees and costs under 29 U.S.C. § 216(b).

## DEMAND FOR A JURY TRIAL

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, plaintiffs hereby demand that their claims be tried before a jury.

**PRAYER FOR RELIEF**

WHEREFORE, the plaintiffs, on their own behalf and on behalf of others similarly situated, pray that this Court:

(a)  Enter judgment declaring that the defendant has willfully and wrongfully violated its statutory obligations, and deprived each of the plaintiffs of his rights;

(b)  Order a complete and accurate accounting of all the compensation to which the plaintiffs are entitled;

(c)  Award plaintiffs monetary liquidated damages equal to their unpaid compensation;

(d)  Award plaintiffs interest on their unpaid compensation;

(e)  Award plaintiffs their reasonable attorneys fees to be paid by the defendants, and the costs and disbursements of this action; and

(f)  Grant such other relief as may be just and proper.

Respectfully submitted,

/s/ Sara L. Faulman_____
Gregory K. McGillivary (SSN: 0280)
Sara L. Faulman (SF 9778)
WOODLEY & McGILLIVARY
1101 Vermont, N.W.
Suite 1000
Washington, DC  20005
Phone:  (202) 833-8855

Attorneys for Plaintiffs